## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division

STEVEN B. SIVAK and INTERNATIONAL SAMARITAN, on behalf of themselves and all others similarly situated,

      Plaintiffs,

vs.

UNITED PARCEL SERVICE CO.,

      Defendant.

Case No.: 2:13-cv-15263

Hon. Gerald E. Rosen

Mag. Judge S. Steven Whalen

CLASS ACTION

Andrew J. McGuinness (P42074)
122 S Main St, Suite 118
P O Box 7711
Ann Arbor, Michigan  48107
Phone: (734) 274-9374
drewmcg@topclasslaw.com

Jeffrey A. Leon
COMPLEX LITIGATION GROUP LLC
513 Central Ave, Suite 300
Highland Park, Illinois  60035
Phone: (847) 433-4500
jeff@complexlitgroup.com

Attorneys for Plaintiffs and the Proposed Class

Paul T. Friedman (CA SBN 98381)
MORRISON & FOERSTER LLP
425 Market St
San Francisco, California  94105-2482
Phone: (415) 268-7000
PFriedman@mofo.com

Greg B. Koltun (CA SBN 130454)
MORRISON & FOERSTER LLP
707 Wilshire Blvd
Los Angeles, California  90017-3543
Phone: (213 892-5200
GKoltun@mofo.com

Bonnie Mayfield (P40275)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan  48304
Phone: (248) 203-0851
bmayfield@dykema.com

Attorneys for Defendant
UNITED PARCEL SERVICE CO.

## FIRST AMENDED COMPLAINT

Plaintiffs Steven Sivak ("Sivak") and International Samaritan (collectively, "Plaintiffs"),

individually on behalf of themselves and all others similarly situated, file this First Amended Complaint against United Parcel Service Co., ("Defendant," or "UPS"), pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), and in support allege as follows:

## INTRODUCTION

1.      This is a class action seeking relief on behalf of all persons who used UPS to ship an item and purchased and paid for additional coverage for loss or damage from UPS.  UPS has for years been systematically overcharging customers for the first $100 of declared value coverage, which UPS in its standardized published rates claims to provide for free or no additional cost for each shipment.  UPS thus accepts liability for loss or damage for all shipments up to $100 as part of its service fee and there is no additional charge for the $100 of coverage.  Customers shipping products with a value in excess of $100 are able to purchase additional coverage for a fee.  The exact UPS disclosure states that "UPS's liability for loss or damage to a shipment is limited to $100 without a declaration of value" and that "The maximum declared value is $50,000.00 per package. UPS's liability for loss or damage can be increased up to $50,000.00 (subject to terms and conditions) by making a declaration of value for an additional charge."  (Price List for "Value Added Services, Declared Value For Carriage").

2.      The price list for "Value Added Services" for "Declared Value for Carriage" then goes on to specify the price for additional Declared Value coverage as follows:

| | |
|---|---|
| $0.00-$100.00 | $0.00 |
| $100.01-$50,000.00 for each $100.00 (or portion of $100.00) of the total value declared | $0.85 |
| Minimum | $2.55 |

Thus UPS plainly states in its Terms that the first $100 of coverage is free or at no additional charge, whether or not a shipper purchases additional declared value coverage.

3.      Despite the promise by UPS that the first $100 of declared value coverage is free or at no additional charge, UPS has systematically charged and caused its agent and sales network to charge customers an additional amount for coverage for the first $100 when they purchase additional declared value coverage.

4.      This problem has been known for at least the last 18 months by certain select persons in the small community of shipping consultants who make a living by auditing large companies' shipping costs looking for savings and overcharges.

5.      According to shipping consultants, UPS's practice of charging for the first $100 has been repeatedly brought to UPS's attention.  When the matter is brought to UPS's attention, UPS routinely acknowledges the overcharge and credits the account, but it does not fix the problem.

6.      Most companies and individuals who lack the means or sophistication to hire professional shipping consultants continue to get overcharged by UPS.

7.      On information and belief, UPS's overcharge for each affected shipment is small. Preliminary investigation indicates that, to date, such overcharges amount to less than $1.00 per shipment.

8.      UPS's overcharges for the first $100 of value for items shipped with an excess declared value reflect a deliberate breach of contract with and intentional effort to defraud its customers.  As part of this scheme, UPS has implemented a practice of crediting with refunds those few customers who complain of the overcharge, knowing that the number of customers who do not catch UPS's breach of contract and fraud and will far outnumber those that do.

9.      UPS also ensures that its extensive network of agents in the form of franchised UPS stores and other sales outlets use UPS's software, which thus guarantees enforcement of the scheme at the level of the agent and sales networks.  On information and belief there are more than 4,700 independently-owned UPS Store locations in the United States and abroad.  UPS also has nearly 13,000 authorized shipping outlets, such as in Staples office supply stores, that UPS also ensures charge excess declared value customers for the first $100 of coverage.  This network of relationships causes the unearned and fraudulent charges to be transmitted via the mail and wire and constitutes an association-in-fact enterprise in violation of the RICO statute, including Sections 1962(c) and 1962(d) of the United States Code.

## THE PARTIES

10.     Plaintiff Steven B. Sivak is an individual residing in Ann Arbor, Michigan.

11.     Plaintiff International Samaritan is an Ohio nonprofit corporation registered in Michigan, with its principal place of business in Ann Arbor, Michigan.  International Samaritan is a charity that provides assistance to poor people living in garbage dumps in Central American, and other charitable efforts.

12.     Sivak and International Samaritan from time to time each shipped items using UPS. For some of these shipments, Sivak and International Samaritan each have declared a value in excess of $300, and each purchased additional declared value coverage for such shipments.

13.     Sivak and International Samaritan within the past six years have each shipped multiple items via UPS with a declared value in excess of $300 and, on information and belief, each have been overcharged for additional coverage protection by UPS in contravention of the applicable Terms and shipping rates in effect in at the time of shipment.

14.     By way of example only, within the past six years Sivak has shipped home stereo

4

equipment and firearms on multiple occasions, each with a declared value in excess of $300, for which, on information and belief, he was overcharged by UPS.

15.     By way of example only, International Samaritan shipped two separate shipments via UPS with an excess declared value of $2,000 in October 2012, for which, on information and belief, it was overcharged by UPS.

16.     Prior to filing this First Amended Complaint, Sivak in good faith attempted, through counsel, to file a claim pursuant to UPS's Tariff/Terms and Conditions of Service ("Terms of Service"), via the www.ups.com website.  However, the UPS website failed to permit Sivak to file a claim because he lacks a tracking number and does not have a UPS account.  Moreover, the UPS website would not permit Sivak to submit a formal claim document without "registering" and agreeing to a separate agreement, which he chooses not to do.

17.     Thus, Sivak is in substantial compliance with, *inter alia,* the notice and claims periods set forth in Section 49 and 47.1 of the Terms of Service as a contractual condition precedent to recovery.  Moreover, such contractual conditions precedent terms are not enforceable under common law contract principles or, in the alternative, under applicable provisions of the Michigan Consumer Protection Act.

18.     Prior to filing this Complaint, International Samaritan has in good faith attempted, through counsel, to file a claim pursuant to UPS's Tariff/Terms and Conditions of Service ("Terms of Service"), via the www.ups.com website.  However, the UPS website failed to permit Sivak to file a claim because the tracking numbers submitted were not within 180 days.

19.     On information and belief, UPS has the capacity of identifying by date and invoice detail, including charges for excess declared value coverage, shipments made by its customers using, *inter alia,* customer name, account number, and/or tracking numbers, through computer

records and databases over which it has possession, custody, control, or to which it has access.

20.      Thus, International Samaritan is in substantial compliance with, *inter alia,* the notice and claims periods set forth in Section 49 and 47.1 of the Terms of Service as a condition precedent to recovery.   Moreover, such conditions precedent terms are not enforceable under common law contract principles or, in the alternative, are void as against public policy as enumerated in the Michigan Consumer Protection Act and in other state consumer fraud and deceptive practices and consumer protection statutes nationwide.

21.      Defendant UPS is a Delaware Corporation with its global headquarters located at 55 Glenlake Parkway NE, Atlanta, Georgia, 30328.

## JURISDICTION AND VENUE

22.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(d) because there are more than 100 class members and the aggregate amount in controversy exceeds $5,000,000, exclusive of interest, fees, and costs and at least one Class member is a citizen of a state different from Defendant.

23.      This Court also has jurisdiction under the federal transportation and RICO statutes that form the bases for those enumerated counts, and supplemental jurisdiction of the remaining state-law claims under 28 U.S.C. §1367.

24.      UPS transacts business in Michigan, advertises and markets its products in Michigan, disseminates the representations set forth above throughout Michigan, and derives substantial income from the sale of services in Michigan.

25.      Pursuant to 28 U.S.C. §1391, venue is proper in this Court because a substantial part of the events, omissions and acts giving rise to the claims herein occurred in this District.

## FACTS COMMON TO THE CLASS

26.     UPS represents that it charges its shippers fees pursuant to UPS's Terms of Service, which contains "the general terms and conditions of contract under which United Parcel Service ('UPS') is engaged in the transportation of shipments".  *See* Exhibit A at 1.

27.     Under Section 50 of the Terms of Service, UPS's liability for each domestic shipment is limited to a value of $100.  *Id.*  In order to increase UPS's limit of liability for loss or damage above $100, the shipper must declare a value in excess of $100 for each shipment subject to maximum declared values and pay an additional charge.  *Id.*

28.     The cost for certain Value-Added Services for Domestic shipments, including additional liability coverage (i.e., analogous to insurance) are set forth in the Daily/Standard List Rates provided by UPS ("Rates"), an example of which is attached as Exhibit B.

29.     UPS describes its pricing structure for additional coverage as follows:

| | |
|---|---|
| **Package** | |
| -$0.00 - $100.00 | $0.00 |
| -$100.01-$50,000 | |
| For each $100.00 (or | |
| portion of $100.00) | |
| of the total value declared | $0.85 |
| -Minimum | $2.55 |

30.     However, despite the explicit representation and promise that the first $100 of liability coverage is provided at zero cost to the shipper, on information and belief when a shipper purchases additional coverage for a declared value in excess of $300.00, UPS charges (in 2013) the shipper $0.85 for the first $100 in coverage and an additional $0.85 for each additional $100 in coverage or portion thereof.

31.     For example, on information and belief, where a customer declares a value of $350.00, instead of charging $2.55 (the "minimum," which is also 3 X $0.85 for each $100 or

portion thereof in excess of $100), UPS charges $3.40.  As a further example, on information and

belief, for a declared value between $400.01 and $500, UPS charges $4.25, and so on.

32.     The effect of this uniform practice is that customers who purchase declared value

coverage from UPS in excess of $300 under current rates are paying for the first $100 in coverage

that is supposed to provide for free or no additional charge.  Thus, in each such instance the shipper

is charged an additional $0.85 per shipment in excess of the amounts set forth in the Terms.

33.     UPS is aware of this issue as it has been brought to its attention by numerous

consultants that represent large volume shippers.  Despite this knowledge, on information and

belief UPS has not changed its practice of charging for the initial $100 in coverage.

34.     According to the 2012 Securities and Exchange Commission form 10-K filing filed

by UPS's parent company:

> Today, UPS is the world's largest package delivery company . . . . We deliver
> packages each business day for 1.1 million shipping customers to 7.7 million
> consignees in over 220 countries and territories. ***In 2012 , we delivered an average
> of 16.3 million pieces per day worldwide***, or a total of 4.1 billion packages. Total
> revenue in 2012 was $ 54.1 billion.

United Parcel Service, Inc., Form 10-K for period ended December 31, 2012, filed February 28,

2013 (emphasis added.)

35.     Moreover, according to a recent SEC Form 8-K filed by United Parcel Service, Inc.:

> On December 23rd [2013], UPS delivered more than 31 million packages, the
> most ever and 13% over the prior-year peak day.

Form 8-K filed January 17, 2014.

## UPS'S EFFORT TO ERECT AN EXCULPATORY WALL OF
## ONE-SIDED CONTRACT PROVISIONS

36.     UPS has sought to insulate itself from lawsuits by building into its standard Terms

a series of one-sided requirements that have no purpose other than to exculpate UPS from lawsuits.

37.     The UPS Terms are a classic contract of adhesion, presented on a take it or leave it basis to Plaintiffs and members of the class.  The 43-page single-spaced document was not even given to Plaintiffs or Class Members at the time of sale.  Rather, it was buried several layers deep in UPS's website on the internet.

38.     Further, UPS knows that its billing can be complicated, and that its overcharges as alleged herein are unlikely to be caught by customers.  For example, the additional declared value charges are not itemized so that a customer can see the math.  Rather, there is just a total charge listed and a customer would have to "back out" the math in order to calculate whether or not the customer was charged the correct amount.  This is impracticable and normally practically or actually impossible to do while standing in line at a UPS shipping counter or UPS drop box or store.  UPS is well aware of its customers' behavior, and, on information and belief, deliberately obfuscates its overcharges as alleged in this action.

39.     Indeed, for certain large customers, a cottage industry has been spawned in the form of shipping consultants who make their money by scrutinizing shipping invoices for large shippers looking for mistakes.  These shipping consultants charge one third of the savings they create for their clients. For example, LJM Consultants states on its website:

> UPS … shippers need assistance eliminating carrier overcharges and billing errors. Invoice errors likely occur 52 weeks a year, and shippers get stuck paying for carrier mistakes and unperformed services. Our UPS parcel audit… service begins by using our proprietary 65-point invoice auditing engine that identifies UPS … billing errors and overcharges.[1]

Another consultant, Source Consulting, claims:

> Our freight audit services are easy to implement, making it simple for you to immediately reduce shipping costs by employing our freight auditing services. To put it simply, our parcel freight experts who have backgrounds working for FedEx,

---

[1] http://myljm.com/.

DHL, UPS, and other major delivery service carriers will check your shipping invoices on your behalf, identifying when the carriers have made mistakes or where you have been overcharged. We reduce shipping costs for you by getting the carriers to correct their errors and remit the refund you are owed. Our fees are commission-based and depend on the success of our freight audit recovery processes if you do not get a refund, we do not get paid.[2]

40.     While the growth of such shipping consultants gives testimony to the prevalence and scope of the problem, it is not feasible or practical for the vast majority of UPS shippers such as Plaintiffs and virtually all of the class members to engage auditors, given the relatively low volume of their shipments and the small per-shipment overcharges by UPS.

41.     Nonetheless, UPS tries to limits its exposure by limiting its liability billing claims brought to UPS's attention within 180 days, even though no state has fraud or contract statutes of limitations that are anywhere near this short of a time period.

42.     UPS also employs pre-suit notification as a means of avoiding exposure to class action lawsuits.  On information and belief, shipping auditors who have made pre-suit notice of the Declared Value overcharge have routinely gotten their clients credited for the charge for the first $100 of coverage, and UPS has acknowledged that the charge was not proper.  Despite such acknowledgment of the overcharges described in this First Amended Complaint, UPS has not changed its behavior.  Instead it continues to systematically overcharge its customers.

43.     UPS can thus engage in a refund mitigation scheme that is recognized as rational in the economic literature as part of what is known as critical loss theory.  The essence of critical loss theory as applied here is that, assuming UPS earns $200 million in overcharges, and it refunds $10 million to those who give UPS notice, UPS knows that it will get away with a net profit from the scheme of $190 million without risk of being held accountable on a class basis because UPS

---

[2] http://www.sourceconsulting.com/parcel-freight-bill-audit

tries to make potential class representative plaintiffs whole before they can file a lawsuit.

44.     Further, the amount of effort a customer has to go through to make pre-suit notification is not rationally worth the effort for an 85-cent overcharge, and UPS knows this.

45.     In this context, the 180-day limitations and notice provisions are procedurally unconscionable and are substantively unconscionable as well.

46.     It is also utterly inconsistent for UPS to insist that Plaintiffs strictly adhere to its one-sided exculpatory terms when UPS is itself in breach of the agreement by charging for the first $100 of declared value coverage.  Under general contract law principles, UPS is estopped from enforcing its one-sided limitations period by its own prior contractual breaches.

## CLASS ALLEGATIONS

47.     Plaintiffs bring this class action pursuant to Federal Rule of Civil Procedure 23(a), (b)(2), (b)(3) and/or (c)(4) on behalf of the following nationwide class (the "Class"):

> All persons residing in the United States who purchased from defendant UPS, directly or through an Authorized Outlet3, coverage for loss or damage for shipments with a declared value in excess of $300.00.

48.     In the alternative Plaintiffs seek, pursuant to Federal Rule of Civil Procedure 23(c)(4), certification of one or more issue class(es) on issues such as those identified in the Declaratory Judgment Count, *infra*, including whether UPS has breached its contract with Plaintiffs and the Class by charging in the manner described herein, whether UPS's conduct violated any of the federal statutes as set forth in this First Amended Complaint, whether UPS was unjustly enriched by charging in the manner described herein, and on any other issue of legal significance that arises during the course of litigation that is suitable for Rule 23(c)(4) certification.

49.     Subject to additional information obtained through further investigation and

---

3 "Authorized Outlet" is defined in Paragraph 5 of Plaintiffs' Motion for Class Certification, Dkt. #8.

discovery, the foregoing Class may be expanded or narrowed by amendment or by the filing of a further amended complaint.  Specifically excluded from the Class is any entity in which Defendant had a controlling interest or which has a controlling interest in Defendant; authorized UPS shipping agents and partners including Authorized Outlets; Defendant's legal representatives, assigns, and successors; and the Court and any member of the Court staff.

50.   <u>Numerosity</u>.  Members of the Class are so numerous that joinder is impracticable. While the exact number of Class members is unknown to Plaintiff, it is believed that the Class is comprised of hundreds of thousands or millions of members geographically disbursed throughout the United States.  On information and belief, the Class is readily identifiable from information and records in the possession, custody or control of UPS, or which it has the effective power to obtain.

51.    <u>Existence and Predominance of Common Questions of Law and Fact</u>.  Common legal and factual questions will drive the resolution of the litigation, including, but not limited to:

    a)  Whether UPS has charged shippers stating a declared value in excess of $300 for a portion of coverage for loss or damage that it represented it would provide for free or at no additional charge;

    b)  Whether UPS has breached its contract with Class members;

    c)  Whether UPS has been unjustly enriched; and

    d)  Whether UPS should be required to refund the amount overcharged;

    e)  Whether UPS's limitations period and pre-suit notification periods are procedurally and/or substantively unconscionable or otherwise unenforceable; and

    f)  Whether UPS is estopped from enforcing any of its contractual dispute limitations by virtue of its own prior breaches.

52.     <u>Typicality</u>.  Plaintiffs' claims are typical of the members of the Classes as all such claims arise out of standard form documents and uniform pricing determined by UPS.

53.     <u>Adequacy of Representation</u>.  Plaintiffs will fairly and adequately protect the interests of the Classes because Plaintiffs has no interests antagonistic to, or in conflict with, the Class that Plaintiffs seeks to represent.  Furthermore, Plaintiffs have retained counsel experienced and competent in the prosecution of complex class action litigation including but not limited to consumer class actions involving, *inter alia*, breach of contract, unjust enrichment, consumer protection, breach of warranties, antitrust violations, and product liability and design defects.

54.     <u>Superiority</u>.   The class action mechanism is superior to other available means for the fair and efficient adjudication of the claims of all Class members.  Besides the predominance of questions common to all Class members, individual Class members lack resources to undertake the burden and expense of individual prosecution of these claims against a large corporate defendant like UPS, especially in comparison with the maximum individual recovery to which each Class member would be entitled.  Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case.  It also presents a potential for inconsistent or contradictory judgments.  In contrast, the class action device presents far fewer management difficulties and provides the benefits of a single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of UPS's liability.

### COUNT I
### Breach of Contract

55.     Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

56.     Plaintiffs and the members of the Class are parties to uniform contracts with UPS

regarding the shipment of items.

57.    Pursuant to the terms of those contracts, UPS is contractually obligated to provided Plaintiffs and the members of the Class with $100 of coverage for loss or damage at no additional charge for each shipment.

58.    When Plaintiffs and the members of the Class have shipped items with a declared value in excess of $300.00, in breach of its contract with such shippers UPS has charged for the initial $100 of coverage that it was obliged to provide at no additional charge.

59.    Plaintiffs and the members of the Class have been harmed by UPS's uniform policy of overcharging customers who purchase declared value coverage in excess of $300.00.

### COUNT II
### Declaratory Relief, 28 U.S.C. §2201

60.    Plaintiffs repeats the allegations contained in the foregoing paragraphs as if fully set forth herein.

61.    Plaintiffs brings this claim pursuant to 28 U.S.C. §2201.

62.    There is an actual controversy between Plaintiffs and the Class on one hand, and UPS on the other regarding the marketing and sale of excess declared value coverage.

63.    Pursuant to 28 U.S.C. §2201, this Court may "declare the rights and legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought."

64.    UPS continues to charge customers for the first $100 value of their shipment when they purchase additional coverage despite the fact that UPS promises to offer liability coverage up to $100 at no additional charge.

65.    There is also a genuine dispute between the parties as to the enforceability of UPS's contractual exculpation provisions such as the pre-suit notice requirement and the purported 180-day limitations period.

66.     UPS has acted or refused to act on grounds that apply generally to the Declaratory Relief Class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the Class as a whole within the meaning of Federal Rule of Civil Procedure 23(b)(2). Plaintiffs seek declaratory relief, ruling that:

a.     UPS is uniformly charging customers for coverage that it otherwise is obligated to provide for free or no additional charge;

b.     UPS is not authorized to charge customers for the initial $100 of coverage;

c.     UPS will change its policy and practices to no longer charge customers for the initial $100 of coverage when the customer choose to purchase additional coverage;

d.     UPS must notify its customers of the overcharges;

e.     UPS will reimburse all customers of any overcharges;

f.     The UPS Terms imposing pre-suit notification and a purported contractual 180-day limitations period are procedurally and substantively unconscionable; and

g.     UPS is estopped from enforcing any purported contractual limitations such as pre-suit notification or the contractual 180-day limitations period by virtue of the fact that UPS is in prior breach of its contract to provide the first $100 of coverage for free to Plaintiffs and members of the class.

## COUNT III
### Federal Transportation Statute

67.     Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

68.     Defendant is "[a] motor carrier subject to jurisdiction under subchapter I of chapter 135" as set forth in 49 U.S.C. §13708(a).

69.     Accordingly, under the ICC Termination Act of 1995, UPS:

[S]hall disclose, when a document is presented or electronically transmitted for payment to the person responsible directly to the motor carrier for payment or agent of such responsible person, the actual rates, charges, or allowances for any transportation service . . . .

49 U.S.C. §13708(a).

15

70.     UPS's conduct as alleged in this First Amended Complaint violates UPS's statutory obligations under 49 U.S.C. §13708(a).

71.     UPS's conduct as alleged in this First Amended Complaint violates 49 U.S.C. §13708(b), which provides:

> (b) False or misleading information.—No person may cause a motor carrier to present false or misleading information on a document about the actual rate, charge, or allowance to any party to the transaction.

72.     Plaintiffs and class members have sustained damages as a result of UPS's violations of each of 49 U.S.C. §§13708(a) & (b).

73.     49 U.S.C §14704(a)(2) creates a private right of action against a motor carrier when a person sustains damages as a result of, *inter alia*, a motor carrier's Section 13708 violations:

> §14704.  Rights and remedies of persons injured by carriers or brokers.
> . . .
> (2) Damages for violations. A carrier or broker providing transportation or service subject to jurisdiction under chapter 135 [49 USCS §§13501 et seq.] is liable for damages sustained by a person as a result of an act or omission of that carrier or broker in violation of this part [49 USCS §§13101 et seq.].

.

74.     49 U.S.C §14704(e) permits the recovery of attorneys' fees and costs for actions under 49 U.S.C §14704(a)(2).

## COUNT IV
### Unjust Enrichment

75.     Plaintiffs repeats the allegations contained in the foregoing paragraphs as if fully set forth herein.

76.     UPS represents that it will provide, free of additional charge, $100 of liability coverage for each shipment.

77.     Plaintiffs and the members of the Class reasonably relied on UPS's representations that the first $100 of liability coverage would be provided at no additional charge, including when

additional liability coverage is purchased, or such representations were of such a character than a shipper would reasonably understand this portion of coverage to be without charge or cost.

78.     Plaintiffs and the members of the Class have been overcharged by paying for the first $100 of coverage for loss or damage that should have been provided for no additional charge.

79.     The overcharges represent a benefit conferred upon UPS.

80.     UPS has retained this benefit under circumstances that make it inequitable for UPS to retain such benefit.  Specifically, UPS retained the full benefit of the overcharges despite its representation that it otherwise provides $100 of liability coverage free or at no additional charge.

81.     Because UPS's retention of the non-gratuitous benefits conferred on it by Plaintiffs and members of the Class is unjust and inequitable, UPS should be required to disgorge and pay restitution to Plaintiffs and/or to the members of the Class the total amount of all such overcharges.

## COUNT V
### Violations of RICO, 18 U.S.C. §1962(c) against UPS

82.     Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

83.     UPS and its UPS Store franchisees and its sales network members all are "persons" within the meaning of RICO, 18 U.S.C. §§1961(3) and 1964(c).

84.     UPS and its UPS Store/sales network engaged in a scheme to defraud Plaintiffs and Class members in connection with an association-in-fact "enterprise," within the meaning of 18 U.S.C. §1961(4). This "Declared Value" Enterprise was comprised of UPS and its UPS Store/sales network partners.

85.     The Enterprise was engaged in, and its activities affected, interstate commerce within the meaning of RICO, 18 U.S.C. §1962(c).

86.     The Enterprise has and continues to have an ascertainable structure and function

separate and apart from the pattern of racketeering activity in which UPS has engaged. Specifically, that structure and function includes the sale of UPS services and/or products other than the sale of the "value added service" of declared value coverage. In addition, the Declared Value Enterprise members function as a structured and continuous unit and perform roles consistent with this structure.

87.     The members of the Declared Value Enterprise, acting through their officers, agents, employees, and affiliates, have committed numerous predicate acts of "racketeering activity," as defined in 18 U.S.C. §1961(5), before and during the class period, and they continue to commit predicate acts in furtherance of their Declared Value coverage overcharge scheme, including (a) mail fraud, in violation of 18 U.S.C. §1341, and (b) wire fraud, in violation of 18 U.S.C. §1343. Progressive and Mitchell's predicate acts include using the wires and mail to bill and cause charges to be billed to Plaintiffs and members of the class that include the Declared Value Overcharge.  Each time the Declared Value Overcharge is imposed, it constitutes an independent predicate act, including the transactions identified above in this First Amended Complaint.  Also, the wire is used by UPS to communicate terms by which Enterprise members are to carry out the overcharge scheme.  Thus, software provided by UPS governs the scheme and it is employed by use of the wires each time a fraudulent charge is made.

88.     These predicate acts constitute a long-running pattern of racketeering activity by the Enterprise members with the purposes delineated above.

89.     In violation of 18 U.S.C. §§1341, 1343, 1961 and 1962, UPS and the other Declared Value Enterprise members repeatedly and regularly used the U.S. Mail and interstate wire facilities to further all aspects of their knowing overcharge to Plaintiffs and class members.

90.     UPS and its Declared Value Enterprise members knew the bills for the first $100

of Declared Value coverage was fraudulent and unauthorized.  UPS has been repeatedly informed of the impropriety of this charge, as has its partners, and they nonetheless have failed to take corrective action and instead have knowingly or at least recklessly failed to alter its behavior.

91.     The above-described acts of mail and wire fraud are related to a continuous pattern of behavior by Enterprise members contractually tied to one another and as such pose a threat of continued racketeering activity.

92.     Plaintiffs and Class members were the direct and intended victims of the pattern of racketeering activity, and they were overcharge for excess Declared Value coverage.  The scheme was the proximate cause of the RICO violations because the overcharge was a direct result of the enterprise's activity – the overcharges were the foreseeable, direct, and intended consequence of the RICO violations (and commission of underlying predicate acts) and, but for the RICO violations (and commission of underlying predicate acts), Plaintiffs and Class members would not have incurred these injuries.

93.     According to 18 U.S.C. §1964(c), by reason of Defendant's 18 U.S.C. §1962(c) violation, Plaintiffs and Class members are entitled to recover threefold their damages, the costs of this suit, reasonable attorneys' fees, and other appropriate relief.

### COUNT VI
### Violations of RICO, 18 U.S.C. §1962(d) against UPS

94.     Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

95.     UPS engaged in a conspiracy with UPS Store franchisees and it is independent sale partners through the formation of and participation in the conduct of the Enterprise to commit the mail and wire fraud identified in Count IV.

96.     Pursuant to the agreement UPS entered into with UPS Store franchisees and its

independent sales partners, UPS Store franchisees and UPS independent sales partners receive continuous customer support and other services from UPS regarding the use and maintenance of the software which enables UPS Store franchisees and the independent sales partners to carry out the Declared Value overcharge scheme.

97.     UPS Store franchisees and UPS independent sales partners were aware of the existence of the overall scheme and of the fact that other UPS Store franchisees and independent sales partners also overcharged for Declared Value coverage as described herein.  Indeed, UPS could not have carried out a large part of the scheme without the participation and acquiescence of its co-conspirators.

98.     Plaintiffs and Class members have been injured in their business and property as a proximate result of UPS's 18 U.S.C. §1962(d) violation, in that UPS has overcharged Plaintiffs and Class members.

99.     According to 18 U.S.C. §1964(c), by reason of Defendant's 18 U.S.C. 1962(d) violation, UPS is liable for all the damages incurred by Plaintiffs and Class members, trebled, plus costs of this suit, reasonable attorneys' fees, and other appropriate relief.

## **REQUESTS FOR RELIEF**

WHEREFORE, Plaintiffs, on behalf of themselves and others similarly situated, seek entry of judgment against Defendant as follows:

A.     For an order certifying the Class under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiffs as Class Representative and its attorneys as Class Counsel to represent the Class members;

B.     For an order finding in favor of the Plaintiffs and the Class on all counts asserted herein;

C.     For an order awarding damages in an amount to be determined by the Court or jury;

D.     For prejudgment interest on all amounts awarded;

E.      For an order of disgorgement, restitution, and all other appropriate forms of equitable and injuctive relief;

F.      For an order awarding treble damages under the RICO counts;

G.      For an order awarding Plaintiffs and the Class reasonable attorneys' fees and expenses and costs of suit;

H.      For an order preserving the status quo regarding the Plaintiff and Class members' rights, including their rights to pursue their claims on a class basis; and

I.      For all further relief, as the Court deems appropriate.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiffs hereby demand a trial by jury on all claims so triable.

Dated: January 27, 2014                          Respectfully submitted,


                                                 */s/  Andrew J. McGuinness*

                                                 Andrew J. McGuinness (P42074)
                                                 **ANDREW J. MCGUINNESS, ESQ.**
                                                 122 S Main St, Suite 118
                                                 P O Box 7711
                                                 Ann Arbor, Michigan  48107
                                                 Phone: (734) 274-9374
                                                 drewmcg@topclasslaw.com

                                                 Of Counsel:

                                                 Jeffrey A. Leon
                                                 **COMPLEX LITIGATION GROUP LLC**
                                                 513 Central Ave., Suite 300
                                                 Highland Park, Illinois 60035
                                                 Phone: (847) 433-4500
                                                 jeff@complexlitgroup.com


                                                 Attorneys for Plaintiffs and Proposed Class

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 27, 2014, a copy of the foregoing was filed with the Court using the ECF system, which will send notification of such filing to all attorneys of record.

_/s/ *Andrew J. McGuinness*_____
Andrew J. McGuinness

22

# EXHIBIT A

**UPS® TARIFF/TERMS AND CONDITIONS OF SERVICE — UNITED STATES**

Effective July 8, 2013

## CONTENTS

1.  Introduction ............................. 1
2.  Terms Used ............................. 1
3.  Commodities Handled and Restrictions on Service ............ 3
    3.1  Items Not Accepted for Transportation .................. 3
    3.2  Maximum Values .............. 4
    3.3  Prohibited by Law .............. 5
    3.4  Alcoholic Beverages ......... 5
    3.5  Biological Materials .......... 5
    3.6  Firearms and Ammunition ...................... 5
    3.7  Food Transport; Assumption of Legal Responsibility ..... 6
    3.8  Hazardous Materials Service ............................ 6
    3.9  Dry Ice ............................... 8
    3.10 Limited Quantity/ORM-D Packages ........................ 8
    3.11 Hazardous Waste, Mercury, and Mercury-Containing Waste ............................... 9
    3.12 Live Animals ..................... 9
    3.13 Perishable Commodities .. 9
    3.14 Pharmaceuticals ............... 9
    3.15 Portable Electronic Devices ............................ 9
    3.16 Tobacco Products ............ 9
4.  Provisions for Export and Customs Clearance of International Shipments ......... 10

    4.1  Electronic Export Information ..................... 11
    4.2  Certificate of Origin ........ 11
    4.3  UPS Paperless® Invoice Service ........................... 12
    4.4  Pre-Release Notification for Import Shipments ........... 12
    4.5  Record-Keeping ............. 12
5.  UPS Import Control® ............. 12
6.  Right of Inspection ............... 13
7.  Refusal of Service ................. 13
8.  Packaging ............................. 13
9.  Use of UPS-Provided Materials and Services ......................... 14
10. Use of UPS Electronic Information Systems .............. 14
11. Timely Upload of PLD .......... 14
12. ZIP Code™/Postal Code Information ......................... 15
13. P.O. Boxes ........................... 15
14. UPS Customer Center and UPS Worldwide Express Freight™ Center ................................... 15
15. Third-Party Retailer .............. 15
16. Pickup Services–Scheduled .. 15
17. UPS On-Call Pickup® Service .................................. 16
18. Saturday Pickup; Processing Fee ....................................... 16
19. Drop Shipment ..................... 17
20. Delivery ................................ 17

i

21. Residential Delivery ...............17

22. Deliveries Attempted Three Times Without Extra Charge....................................17

23. Hold for Pickup and Hold at Location Services .................17

24. Shipper Release ....................18

25. UPS carbon neutral ...............18

26. UPS Delivery Intercept® ........18

27. Delivery Change Requests....18

28. Correction of Addresses ........19

29. Saturday Delivery .................19

30. Delivery Confirmation Services................................19

   30.1 Delivery Confirmation (domestic only)...............19

   30.2 Delivery Confirmation Signature Required (domestic and international) ................19

   30.3 Delivery Confirmation Adult Signature Required (domestic and international) ................19

31. UPS Next Day Air® Early A.M.® Verbal Confirmation of Delivery .................................20

32. Proof of Delivery (P.O.D.)......20

33. Tracking/Tracing and Refund Request Charge ...................20

34. Special Handling of Undeliverable Shipments; Refused Shipments Returned...............................20

35. C.O.D. Service.......................20

   35.1 Preparation and Listing of C.O.D. Packages ...........21

   35.2 Responsibility for C.O.D.s .........................21

35.3 Consignee's Checks in Payment of C.O.D.s .......21

35.4 C.O.D. Package of $10,000 or More..........................21

35.5 Acceptance of Personal Check..............................22

35.6 C.O.D. Remittance Verification ....................22

35.7 Restrictions ...................22

35.8 Charges for C.O.D. Collections ....................22

35.9 Remittance of C.O.D.s ........................22

36. UPS Returns® Services.........23

37. UPS Rates ............................23

   37.1 Daily Rates, Standard List Rates, and Retail Rates...............................24

   37.2 Letter Rates ..................24

   37.3 Pak Rates .....................24

   37.4 UPS 10KG Box® and UPS 25KG Box® Rates...........25

   37.5 Private Express Statutes.........................25

   37.6 Rates for Large Packages; Large Package Surcharge ......................25

   37.7 Over Maximum Limits Charge ..........................25

   37.8 Additional Handling Charge ..........................25

   37.9 Oversize Pallet Handling Surcharge ......................25

38. Fuel Surcharge......................26

39. Manual Processing Charges..................................26

40. Billing Options for Domestic Shipments .............................26

41. Billing Options for International Shipments .............................26

ii

42.   Bill My Account ......................27

43.   Disbursement Fee ................27

44.   Currency Conversion
      Rate ........................................27

45.   Missing/Invalid Account Number
      or Refusal Fee .......................27

46.   Shipping Charge Corrections;
      Audit ......................................27

47.   Payment of Charges ..............27

      47.1   Invoice Adjustment ........ 28

      47.2   Alternative Payment
             Plans ............................. 29

      47.3   Late Payment Fee .......... 31

48.   UPS Service Guarantee ........31

      48.1   Conditions ..................... 32

      48.2   Exclusions ..................... 33

49.   Claims and Legal Actions ......34

      49.1   Filing of Claims for Loss or
             Damage to Property ....... 34

49.2   Acknowledgment of Claims
       for Loss or Damage to
       Property ......................... 34

49.3   Time Limit for Filing Claims
       for Loss or Damage to
       Property ......................... 34

49.4   Investigation of Claims for
       Loss or Damage
       to Property .................... 35

49.5   Salvage .......................... 35

49.6   Disposition of Claims for
       Loss or Damage
       to Property .................... 36

50.   Responsibility for Loss or
      Damage .................................. 36

      50.1   Maximum Declared
             Values ........................... 36

      50.2   Liability Limits ................ 37

      50.3   Exclusions from Liability. 38

51.   Shipper Indemnification ......... 39

52.   Data Protection ..................... 39

53.   Incorporation of Terms; Waiver;
      Future Changes .................... 40

**UPS® TARIFF/TERMS AND CONDITIONS OF SERVICE — UNITED STATES**

Effective July 8, 2013

### 1.      Introduction

The following contains the general terms and conditions of contract under which United Parcel Service® ("UPS") is engaged in the transportation of shipments itself and jointly through interchange with its affiliates via the services described below.

The UPS Tariff/Terms and Conditions of Service ("Terms") are effective on the date set forth above and are subject to change without prior notice. The Terms are published periodically in printed form in the UPS Rate and Service Guide ("Service Guide") and electronically on the UPS website (ups.com®).  The most current and controlling version of the Terms is published at www.ups.com/terms and is available at all local UPS offices.  In tendering a shipment for service, the shipper agrees that the version of the Terms and the applicable Service Guide in effect at the time of shipping will apply to the shipment and its transportation.  The Terms apply to the following services:

–UPS Air Services

–UPS Hundredweight Service® Air Services

–UPS 3 Day Select®

–UPS Hundredweight Service® UPS 3 Day Select®

–UPS Ground

–UPS Ground with Freight Pricing

–UPS Hundredweight Service® Ground

–UPS Returns® Services

"UPS Air Services" includes:

–UPS Next Day Air® Early A.M.®

–UPS Next Day Air®

–UPS Next Day Air Saver®

–UPS 2nd Day Air A.M.®

–UPS 2nd Day Air®

"UPS Hundredweight Air Services" includes:

–UPS Hundredweight Service® UPS Next Day Air®

–UPS Hundredweight Service® UPS Next Day Air Saver®

–UPS Hundredweight Service® UPS 2nd Day Air A.M.®

–UPS Hundredweight Service® UPS 2nd Day Air®

The Terms apply to the following international services:

–UPS Worldwide Express Plus®

–UPS Worldwide Express NA1®

–UPS Worldwide Express®

–UPS Worldwide Express Freight™

–UPS Worldwide Saver®

–UPS Worldwide Expedited®

–UPS 3 Day Select® from Canada

–UPS Standard™ services

### 2.      Terms Used

**–Alaska and Hawaii Rates** refer to the effective UPS Rates for shipments originating in Alaska and Hawaii published in the effective Service Guide for Alaska and Hawaii, or Retail Rates established by UPS for the service selected by the shipper that apply to the shipper and the package, and are in effect at the time of shipping, plus any additional charges or rates for nonstandard service, additional or nonstandard usage, and any other additional charges

referenced within the Terms or the Service Guide, or those applicable additional rates set out in any customized contracts.

–**"Business day"** means Monday through Friday except the following holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Day after Thanksgiving Day, Christmas Day (December 25), and New Year's Eve.

–**"Charges"** means all applicable transportation and other charges including, but not limited to, all applicable accessorial charges, brokerage service fees, surcharges, additional handling charges and late payment fees.

–**"C.O.D."** means for all purposes Collect on Delivery.

–**"Daily Rates", "Standard List Rates", and "Retail Rates"** refer to the effective UPS Rates for shipments originating in the 48 contiguous United States established by UPS for the service selected by the shipper that apply to the shipper and the package, and are in effect at the time of shipping, plus any additional charges or rates for nonstandard service, or additional or nonstandard usage, and any other additional charges referenced within the Terms or the Service Guide, or those applicable additional rates set out in any customized contracts.

–**"Delivery"** shall be deemed to include, but not be limited to: delivery to the consignee or the consignee's actual or apparent agent or representative, or pursuant to consignee's instructions, delivery to the address or location specified in the UPS Shipping System, delivery to any person present at the address or location specified in the UPS Shipping System, delivery to a reasonable alternate address or location, delivery in accordance with trade custom or usage, delivery pursuant to UPS's driver release procedures, delivery pursuant to UPS's Shipper Release procedures, or delivery otherwise permitted under the Terms.

–**"Drop Shipment"** means any shipment tendered pursuant to a written agreement or prior arrangement between UPS and a specific shipper that permits the shipper to tender quantities of individual packages directly to UPS at a UPS pre-approved designated location.

–**"Letter Rates"** refers to the UPS Rates applicable to shipments using UPS Express® Envelope or UPS Letter packaging containing correspondence, urgent documents, or electronic media, with an actual weight of eight (8) ounces or less. ("UPS Express® Envelope" and "UPS Letter" may be referred to interchangeably.)

–**"Package"** means any container and its contents, and includes an Express Envelope, as well as any article that may be handled without packaging if the handling thereof can be accomplished in a reasonably safe and practicable manner.

–**"Perishable Commodity"** refers to a perishable commodity or a commodity requiring protection from heat or cold, including, but not limited to, live animals, foods, dry ice, flowers, biological materials.

–**"Receiver" or "Consignee"** refers to the party to whom the shipment is being sent.

–**"Residential"** refers to a location that is a home, including a business operating out of a home.

–**"Shipper"** refers to the party contracting with UPS for services.

–**"Shipment"** means one or more packages, or one or more pallets in UPS Worldwide Express Freight service, shipped under a single Source Document or UPS Automated Shipping System entry to one receiver.

–**"Third-Party Retailers"** means locations of The UPS Store®, UPS Authorized Shipping Outlet locations, and UPS Alliance Locations (located within Office Depot® and Staples® retail locations).

2

–**"UPS Automated Shipping System" and "Source Document."** Source Document means a shipping document provided by UPS for the purpose of tendering a shipment to UPS for transportation. UPS Automated Shipping System means WorldShip®, UPS CampusShip®, UPS Internet Shipping, UPS Developer Kit, iShip®, or an approved UPS Ready® solution that meets UPS requirements at the time of shipment. The term "UPS Automated Shipping System" and "Source Document," individually or collectively, are sometimes referred to by the term "UPS Shipping System."

–**"UPS Customer Center"** means a UPS facility where shippers may tender packages to UPS for transportation, and a consignee or other recipient may receive a package Delivery.

–**"UPS Rates"** refers collectively to Daily Rates, Standard List Rates, Retail Rates, Alaska and Hawaii Rates, Letter Rates, Pak Rates, and UPS 10KG Box® and UPS 25KG Box® Rates.

–**"UPS Returns Services"** refers collectively to Authorized Return Services, Print Return Label, Electronic Return Label, and Print and Mail Return Label, 1 UPS Pickup Attempt, 3 UPS Pickup Attempts, UPS Returns® on the Web, UPS Returns® Flexible Access, and UPS Returns® Exchange.

–**"UPS Smart Label®"** as defined here and described in the *UPS Guide to Labeling* includes but is not limited to MAXICODE, postal code bar code, current UPS Routing Code, appropriate UPS service level icon, and UPS 1Z tracking number bar code.

–**"UPS Worldwide Express Freight™ Center"** means a UPS facility where shippers may tender UPS Worldwide Express Freight pallets to UPS for transportation, and a consignee or other recipient may receive pallets.

## 3. Commodities Handled and Restrictions on Service

UPS holds itself out to transport general commodities, as usually defined, subject to the following restrictions.

### 3.1 Items Not Accepted for Transportation

No service shall be rendered in the transportation of any of the prohibited articles listed in the applicable Service Guide or the Terms.

UPS does not accept for transportation, and shippers are prohibited from shipping:

–Articles of unusual value, which shall be deemed to include, but are not limited to:

- Any package with an actual value of more than $50,000;

- Any pallet with an actual value of more than $100,000;

- Coins, cash, currency, bonds, postage stamps, money orders, and negotiable instruments (such as drafts, bills of exchange, or promissory notes, but excluding checks);

- Unset precious stones, and industrial diamonds;

- Any article that contains more than 50 percent by weight of gold or platinum, or any combination thereof in raw form including, but not limited to, bullion, bars, or scraps of these metals.

–Hazardous waste, defined as a solid waste that meets any of the criteria of the hazardous waste as described in 40 C.F.R. § 261.3;

–Human remains, fetal remains, human body parts, or components thereof;

–Common fireworks;

–Packages with an actual weight of more than 150 pounds, or packages that when measured to determine the billable weight exceed 108 inches in length, or exceed a total of 165 inches in length and girth [(2 x width) + (2 x height)] combined, or in the case of import shipments, exceed 130 inches in length and girth [(2 x width) + (2 x height)] combined. If found in the UPS system, they are subject to one or more of the following additional charges: Over Maximum Weight, Over Maximum Length, or Over Maximum Size;

–UPS Worldwide Express Freight™ pallets that exceed maximum size or weight restrictions (which vary by origin and destination) as set forth at http://www.ups.com/palletmaximums.  If found in the UPS system, they are subject to an Oversize Pallet Handling Surcharge.

–Shipments tendered to a Third-Party Retailer containing any hazardous materials requiring shipping papers, firearms, or ammunition;

–UPS Returns® Services shipments containing hazardous materials (except for Limited Quantity/Other Regulated Materials Shipments ("ORM-D") Ground packages, as set forth below), or firearms, or requiring Delivery Confirmation Services; and

–Any other items prohibited by the Service Guide, or ups.com®.

Shippers are prohibited from shipping and UPS will not accept for transportation shipments containing articles that UPS is not authorized to accept or that UPS states in the Terms that it will not accept, including when such shipments are tendered for transportation at UPS Customer Centers, UPS Worldwide Express Freight Centers or any Third-Party Retailer.

UPS reserves the right, but is not required, to return to the shipper any shipment containing a prohibited article. Such return will be made solely at the shipper's risk and expense.

### 3.2    Maximum Values

UPS does not accept for service packages with values as set forth below:

–Any package with an actual value of more than $50,000;

–Packages with a value of more than $5,000 shipped as a result of a request for service made through the internet;

–Domestic packages with a value of more than $1000 returned via Print Return Label, Print and Mail Return Label, Electronic Return Label, or 1 UPS Pickup Attempt Return Services;

–International shipments with a value of more than $1000 per package or pallet returned via UPS Print Return Label, UPS Print and Mail Return Label, Electronic Return Label, 1 UPS Pickup Attempt, or 3 UPS Pickup Attempt Return Services (including via UPS Returns on the Web) unless a UPS high-value shipment summary is obtained by the shipper or person tendering the shipment and signed by the driver upon tender of the shipment;

–International UPS Import Control® shipments with a value of more than $1000 per package or pallet unless a UPS high-value shipment summary is obtained by the shipper or person tendering the shipment and signed by the driver upon tender of the shipment;

–Packages with a value of $1000 or more shipped via a Third-Party Retailer if such packages were previously manifested in a UPS Shipping System prior to drop off at the Third-Party Retailer or billed using Bill My Account;

–Packages with a value of more than $500 shipped via a UPS Drop Box;

–Prepaid Letters with a value of more than $100;

4

–Packages with a value of more than $999 when Shipper Release is selected;

–Packages with a C.O.D. amount in excess of $500 shipped via a UPS Drop Box;

–International shipments containing jewelry (not including costume jewelry) having a value of more than $500 per package or pallet;

–UPS Worldwide Express Freight™ Service shipments having a value of more than $100,000 per pallet.

### 3.3    Prohibited by Law

No service shall be rendered by UPS in the transportation of any shipment that is prohibited by applicable law or regulation of any federal, state, provincial, or local government in the origin or destination country.  It is the responsibility of the shipper to ensure that a shipment tendered to UPS, and any UPS Shipping System entry that the shipper prepares for that shipment, does not violate any federal, state, provincial, or local laws or regulations applicable to the shipment.

### 3.4    Alcoholic Beverages

Packages containing alcoholic beverages (wine, beer, or spirits) are accepted for transportation only as a contractual service and only from shippers who are licensed and authorized under applicable laws to ship alcoholic beverages. To receive service for packages containing alcoholic beverages, the shipper must enter into an approved UPS agreement for the transportation of wine, beer, or spirits, as applicable.  For all packages containing alcoholic beverages, the shipper must use Delivery Confirmation Adult Signature Required service requesting an adult signature for each package containing alcoholic beverages, and must affix a special UPS alcoholic beverages label to each package.  For all U.S. inbound import shipments containing alcoholic beverages, the receiver must be licensed and authorized to receive the alcoholic beverages. UPS does not accept packages containing beer or spirits for delivery to a consumer.  It is the responsibility of the shipper to ensure that a package tendered to UPS does not violate any federal, state, or local laws or regulations applicable to the package.

UPS reserves the right to dispose of any alcoholic beverages tendered for shipment which shippers are prohibited from shipping, which UPS is not authorized to accept, which UPS states that it will not accept, or which UPS has a right to refuse.  UPS reserves the right to discontinue service to any shipper for, among other reasons, tendering a package containing alcoholic beverages that does not comply with all applicable laws or the Terms.

### 3.5    Biological Materials

UPS accepts packages containing "Biological Substance, Category B" as defined in 49 C.F.R. § 174.134, which are prepared in accordance with all aspects of 49 C.F.R. § 173.199.

Transportation of other biological materials is limited, must be prearranged, and will only be provided under the following conditions:  the shipper has received prior written authorization from UPS for the specific package tendered; and the shipper requests service in accordance with the conditions set forth in the written authorization from UPS for the package tendered.  Any package containing biological materials shall be considered a Perishable Commodity.

### 3.6    Firearms and Ammunition

UPS accepts packages containing firearms (as defined by Title 18, Chapter 44, and Title 26, Chapter 53 of the United States Code) only (a) between licensed importers, licensed manufacturers, licensed dealers, and licensed collectors (as defined in Title 18, Chapter 44 of the United States Code), and government agencies; and (b) where not otherwise prohibited by federal, state, or local law from (i) an individual to a licensed importer, licensed manufacturer, licensed dealer or licensed collector; and (ii) from a licensed importer, licensed manufacturer,

licensed dealer, or licensed collector to an individual. The shipper shall comply with and shall ensure that each shipment containing firearms complies with all federal, state, and local laws applicable to the shipper, recipient, and package.

–The shipper must use Delivery Confirmation Adult Signature Required service for each package containing a firearm (including handguns). UPS, in its sole discretion, may require the shipper to select a UPS Next Day Air® Service for any package containing a firearm. Handguns (as defined by 18 U.S.C. § 921) will be accepted for transportation only via UPS Next Day Air Services.

–Firearms (including handguns) are not accepted for transportation via UPS Drop Boxes or UPS Internet Shipping, in response to a request for UPS On-Call Pickup® service, or when presented for shipment at any Third-Party Retailer. UPS Returns® Services are not available for packages containing firearms.

–Small arms ammunition, as defined in 49 C.F.R. § 173.59, will be transported only when packaged and labeled in compliance with 49 C.F.R. § 172 (Hazardous Materials). Ammunition may not be shipped in the same package as a firearm.

–Firearm parts, which do not constitute firearms as defined under federal law (including without limitation Title 18, Chapter 44, and Title 26, Chapter 53 of the United States Code), and which otherwise comply with federal, state, and local law, will be accepted for transportation.

–Firearms (including handguns) and firearm parts are not accepted for shipment internationally.

See www.ups.com/content/us/en/resources/ship/packaging/guidelines/firearms.html or contact UPS for more information.

### 3.7    Food Transport; Assumption of Legal Responsibility

Shipments containing "food," as defined in section 201(f) of the Federal Food, Drug, and Cosmetic Act, will be accepted for transportation only according to the following terms. Shipper assumes all responsibility with respect to establishing and maintaining all records required under 21 C.F.R. Part 1 Subpart J §§ 1.326-1.363. In so doing, shipper assumes the legal responsibility under 21 C.F.R. § 1.363 for establishing and maintaining records that would otherwise be required to be maintained by UPS. Shipper agrees its records will comply with 21 C.F.R. § 1.352 and shall identify the immediate recipient of the transported food; the origin and destination points of shipment; the date the shipment is received and the date released; the number of packages shipped; a description of the freight describing the type of food received and released; and the route of movement. Shipper agrees expressly to make all records required by 21 C.F.R. § 1.352 available to FDA as required by 21 C.F.R. § 1.361. Shipper commits, and recognizes that it has the responsibility, to ensure that all such records are maintained consistent with the record retention requirements provided in 21 C.F.R. § 1.360 and the record availability requirements provided in 21 C.F.R. § 1.363. Shipper agrees that within 45 days of the date of shipment, Shipper will obtain or request from UPS any information needed from UPS to satisfy Shipper's responsibility to establish and maintain records. Shipper recognizes that the foregoing obligations with respect to establishing and maintaining records cannot be terminated. Shipper expressly agrees to immediately assume responsibility to establish and maintain records as provided in this paragraph, regardless of any FDA-designated compliance date for any provision of 21 C.F.R. Part 1 Subpart J.

### 3.8    Hazardous Materials Service

Hazardous Materials, defined as those materials regulated under Title 49 of the Code of Federal Regulations (49 C.F.R.) (excluding Limited Quantity/Other Regulated Materials (ORM-D) Ground shipments, as referenced below), and Dangerous Goods, defined as those materials regulated by the International Civil Aviation Organization (ICAO) and published in the International Air Transport Association (IATA) Dangerous Goods Regulations (collectively referred to as "Hazardous Materials," or "Dangerous Goods," or "International Dangerous Goods"), are

accepted for transportation only as a contractual service and in accordance with the UPS Guide for Shipping Ground and Air Hazardous Materials, or the UPS Guide for Shipping International Dangerous Goods.  To receive Hazardous Materials or Dangerous Goods service, the shipper must sign and agree to the provisions set forth in an approved UPS agreement relating specifically to the transportation of Hazardous Materials, Dangerous Goods, or International Dangerous Goods ("Hazardous Materials Agreement").  Contact UPS for specific information, including a list of "Common Items That May Be Classified as Hazardous Materials."

An additional charge will be assessed for each Hazardous Materials shipment.  UPS may also assess an additional surcharge for packages or pallets containing certain types of Hazardous Material.  Applicable surcharges are described at ups.com.

It is the shipper's responsibility to determine if a shipment contains a Hazardous Material and to properly classify, label, mark, and package it in accordance with applicable governmental regulations.  When required, the shipper is responsible for ensuring that all of its employees involved in the preparation of Hazardous Materials for transport are properly trained, tested, and certified in accordance with 49 C.F.R. Part 172.700 through 172.704, or with IATA (Section 1.5) and for ensuring that a program exists for the retraining, testing, and certification as required by these rules.

All packaging used by the shipper for the transportation of Hazardous Materials, when required by regulation, must pass UN performance testing in accordance with 49 C.F.R. Part 178.602 through 178.609 or IATA (Section 6.0).

The shipper must use a software system, such as the most current version of WorldShip® that is acceptable to UPS for the preparation of documents for shipping Hazardous Materials, or an alternative method determined by UPS in its reasonable discretion to perform the same functions.  UPS will provide shippers, upon request, a list of vendors who provide acceptable software systems.

UPS reserves the right to refuse to accept, to return, or to dispose of, in compliance with applicable laws and regulations, any Hazardous Material that it determines not to have been prepared in accordance with the UPS Guide for Shipping Ground and Air Hazardous Materials, the UPS Guide for Shipping International Dangerous Goods, and all applicable governmental laws and regulations.  The shipper agrees to reimburse UPS for any costs or expenses incurred as a result of any improperly packed or prepared Hazardous Materials which shipper tenders to UPS.  In addition, the shipper agrees to reimburse UPS for any costs or expenses incurred by UPS if Hazardous Materials tendered by the shipper are refused by the shipper upon return or cannot otherwise be delivered for any reason including, but not limited to, wrong delivery address or refusal of receiver to accept delivery.

UPS reserves the right, in its sole discretion and without prior notice to the shipper, to dispose of any international shipment containing Dangerous Goods refused by the receiver or which for any other reason cannot be delivered.  Shipper shall be responsible for all disposal fees.

The shipper agrees to indemnify, defend, and hold harmless UPS, its parent corporation, and affiliated companies, their officers, directors, employees, agents, and their successors and assigns, from all claims, demands, expenses (including reasonable attorney's and consultants' fees), liabilities, causes of action, enforcement procedures, and suits of any kind or nature brought by a governmental agency or any other person or entity arising from or relating to the transportation of a Hazardous Materials shipment, from the shipper's breach of the Hazardous Materials Agreement or the Terms, or from the shipper's non-compliance with governmental laws or regulations applicable to the transportation of Hazardous Materials whether such action is brought by a governmental agency or other person or entity.  Under no circumstances shall UPS be liable for special, incidental, or consequential damages arising from the transportation of a Hazardous Materials shipment.

7

Pursuant to 49 C.F.R. Part 173.30, in the event the shipper loads any UPS vehicle, the shipper agrees to segregate Hazardous Materials in accordance with 49 C.F.R. Part 177.848 and properly secure Hazardous Materials in accordance with 49 C.F.R. Part 177.834.

UPS does not accept Hazardous Materials in any amounts that require placarding under 49 C.F.R. Part 172, Subpart F.  The shipper agrees not to tender Hazardous Materials to UPS in any amount for a single vehicle that would require placarding in accordance with 49 C.F.R. Part 172, Subpart F.

UPS reserves the right to discontinue or terminate service immediately with respect to the transportation of Hazardous Materials if the shipper fails to comply with any provisions of the Terms, or any applicable government regulations (including Limited Quantity/ORM-D shipments that are tendered without the proper shipping documentation).  If a shipper tenders an undeclared Hazardous Materials shipment to UPS, UPS shall not be liable for the shipment in the event of loss, damage, delay, or misdelivery, nor shall UPS be liable for any special, incidental, or consequential damages.

If the shipper ships Hazardous Materials from more than one location, and the shipper fails to comply with any provisions of the Terms, the Hazardous Materials Agreement, or any governmental regulations, UPS may, in its sole discretion, terminate all of the shipper's shipment locations or limit such termination to those locations where the failure to comply occurred.

Shippers are prohibited from shipping and UPS will not accept for transportation shipments containing any Hazardous Materials requiring shipping papers (defined as those materials regulated under Title 49 of the Code of Federal Regulations) or Dangerous Goods requiring Shipper's Declaration for Dangerous Goods documents, when such shipments are presented for shipment at UPS Customer Centers, or Third-Party Retailers. Hazardous Materials requiring shipping papers cannot be picked up via UPS On-Call Pickup[®] service, or retrieved via any UPS Returns[®] Service, except as a contractual service.

Additional terms applicable to the shipment of Hazardous Materials are set forth in the UPS Guide for Shipping Ground and Air Hazardous Materials, and the UPS Guide for Shipping International Dangerous Goods, the terms of which are each incorporated here by this reference and available at http://www.ups.com/content/us/en/resources/ship/hazardous.

### 3.9   Dry Ice

Packages containing dry ice (carbon dioxide, solid) as a refrigerant, but no other Hazardous Materials, are accepted for transportation within the United States via UPS Ground and UPS Air Services (provided such packages are prepared in accordance with all applicable governmental regulations) without a Hazardous Materials Agreement.  Packages containing Hazardous Materials that use dry ice (carbon dioxide, solid) as a refrigerant are accepted for transportation within the United States via UPS Ground and Air Services only as a contractual service.  Any package containing dry ice will be considered a Perishable Commodity.  Packages containing dry ice may be tendered for shipment at locations of The UPS Store[®], where such services are available.  A contract is required for all international shipments of dry ice.

### 3.10   Limited Quantity/ORM-D Packages

Limited Quantity/ORM-D packages are accepted for transportation without Hazardous Materials shipping papers within the 48 contiguous United States via UPS Ground or UPS Hundredweight Service[®] when properly classified, packaged, and marked.  UPS Standard to Canada and UPS Ground (Intra-Alaska and Intra-Oahu) services are available for Limited Quantity/ORM-D shipments without a contract, provided the shipper has reviewed the required checklist and service restrictions with a UPS representative.  Limited Quantity/ORM-D packages shipped via UPS Air Services and UPS 3 Day Select[®] within the United States and Puerto Rico are accepted for transportation on a contractual basis only.

8

### 3.11   Hazardous Waste, Mercury, and Mercury-Containing Waste

Packages containing hazardous waste, defined as a solid waste that meets any of the criteria of hazardous waste as described in 40 C.F.R. § 261.3, are not accepted for transportation.

UPS's acceptance for transportation of any elemental mercury, mercury-containing material, or used mercury-containing device (including, but not limited to, medical devices, spent fluorescent lamps, thermostats, or thermometers) is limited, must be prearranged, and will only be provided pursuant to prior written authorization from UPS upon satisfaction of certain requirements including appropriate packaging and financial assurances.

### 3.12   Live Animals

UPS provides service on a limited basis for some types of live animal shipments.  (The term "animal" as used here refers to anything living, except plants.)  Live animals may be shipped only pursuant to the restrictions and conditions set forth on ups.com regarding Shipping Live Animals. A live animal shipment will be considered a Perishable Commodity.  Access http://www.ups.com/content/us/en/resources/ship/packaging/guidelines/animals.html or contact UPS for information regarding shipping live animals.

### 3.13   Perishable Commodities

UPS does not provide a protective service for the transportation of Perishable Commodities. Such commodities will be accepted for transportation solely at the shipper's risk for any damage arising from the perishable nature of the item.  Shippers shall not file claims for, and UPS shall not be liable to shippers or any third parties for, any damage arising from the transportation of Perishable Commodities, regardless of whether the shipment is delivered pursuant to an applicable UPS Service Guarantee or is delayed in transit.  UPS reserves the right to dispose of any shipment in the UPS system containing a Perishable Commodity that UPS deems in its sole discretion to be of no value, unsafe or unsanitary.

### 3.14   Pharmaceuticals

The shipper shall comply with and shall ensure that each shipment containing pharmaceutical products complies with all applicable federal, state, provincial, and local laws and regulations governing the dispensing, shipment or tender of shipment of pharmaceutical products.

### 3.15   Portable Electronic Devices

UPS transports shipments containing radio frequency identification devices (RFID), ultrawideband devices (UWB), and other portable electronic devices (PED) only when such devices are in an inactivated state or otherwise in compliance with applicable law including 14 C.F.R. § 91.21, 14 C.F.R. § 121.306, or 47 C.F.R. § 15.521(a).

### 3.16   Tobacco Products

Shipments containing tobacco or tobacco products, as those terms are variously defined under applicable state law ("Tobacco Product Shipments"), are accepted for transportation only from shippers who are licensed and authorized to ship tobacco and tobacco products pursuant to applicable laws.  Tobacco Product Shipments shipped to a consumer will only be accepted for transportation as a contractual service.  However, because UPS prohibits shipments of cigarettes to consumers under any circumstances, UPS does not offer a contractual service for the delivery of cigarettes to consumers.  To receive service for Tobacco Product Shipments shipped to a consumer, the shipper must sign and agree to the provisions set forth in an approved UPS agreement for the transportation of tobacco products.  For all other service for Tobacco Product Shipments, the receiver must be licensed and authorized to receive tobacco or tobacco products pursuant to all applicable federal, state, provincial, or local laws or regulations, and the shipment must conform to the terms, conditions, restrictions, and prohibitions set forth at

9

www.ups.com/tobacco at the time of shipping.  It is the responsibility of the shipper to ensure that a shipment tendered to UPS, including a Tobacco Product Shipment, does not violate any federal, state, provincial, or local laws or regulations applicable to the shipment.

UPS reserves the right to refuse to accept, transport, or deliver any Tobacco Product Shipment that UPS, in its sole discretion, determines does not comply with UPS requirements for the shipment or any applicable law or regulation, and to discontinue any or all service to any shipper for, among other reasons, tendering such a shipment.  UPS reserves the right to dispose of any Tobacco Product Shipment that shippers are prohibited from shipping, that UPS is not authorized to accept, that UPS states that it will not accept, or that UPS has a right to refuse.

## 4.      Provisions for Export and Customs Clearance of International Shipments

The shipper (or the party tendering an international shipment to UPS for service, referred to for purposes of this Section 4 as "shipper") must provide UPS with all documentation and information required by the laws of the origin and destination countries for export and import of shipments (i.e., for export and customs clearance).  The shipper is responsible for determining export and import licensing or permitting requirements for a shipment, obtaining any required licenses and permits, and ensuring that the consignee is authorized by the laws of the origin and destination countries to receive the shipment.  By tendering an international shipment for service and providing UPS with documentation (including any Source Documents), the shipper certifies that the documentation includes all required licenses and permits, that the statements in that documentation and any other information that the shipper provides to UPS relating to exportation and importation are complete, true, correct, and in compliance with the laws of the origin and destination countries, and that the consignee is authorized by the laws of the origin and destination countries to receive the shipment.  Furthermore, the shipper understands that civil and criminal penalties including seizure and forfeiture, may be imposed for failing to provide UPS with all required documentation, licenses, permits, statements, and information, for making inaccurate, false, or fraudulent statements, or for violating U.S. or other country laws regulating exports or imports (see, e.g., 13 U.S.C. § 305; 18 U.S.C. §§ 545, 554 and 1001; 19 U.S.C. §§ 1595a and 1592; 22 U.S.C. § 401; and Subchapter C of 15 C.F.R. (i.e., The Export Administration Regulations)).

When an international shipment is tendered to UPS, UPS is hereby appointed as the agent for performance of customs clearance in the destination country to the extent allowed by law.  The shipper shall provide all Powers of Attorney and other authorizations required by applicable law for UPS to serve as the shipper's agent to perform customs clearance in the destination country.  UPS is specified as the nominal consignee for the purpose of designating a customs broker to perform customs clearance.  Local authorities may require documentation confirming that UPS has been designated as the nominal consignee.

Fines, penalties, liquidated damages, storage charges, or other expenses incurred as a result of an action by U.S. Customs and Border Protection (or any other U.S. or other country's government agency regulating imports or exports), or as a result of the failure of the shipper or consignee to provide complete, true, and correct documentation, statements, or information required by the laws of the origin and destination countries (including the failure to obtain a required license or permit) will be charged to the shipper or consignee along with any applicable duties, fees, or taxes, and any applicable late payment fees assessed by UPS.  Unless a written agreement between UPS and the shipper specifies otherwise, UPS reserves the right in its sole discretion to charge the shipper or consignee for any such fines, penalties, liquidated damages, storage charges, expenses, duties, fees, taxes, or late payment fees.  Regardless of any such written agreement specifying otherwise, in the event of non-payment by the consignee, the shipper is liable for all charges.

The shipper agrees to indemnify, defend, and hold harmless UPS, its parent corporation, and affiliated companies, their officers, directors, employees, agents, and their successors and assigns, from any and all claims, demands, expenses, or liabilities including, but not limited to,

10

fines, penalties, liquidated damages, storage charges, duties, fees, taxes, late payment fees, or other money due, arising from the transportation, importation, exportation, or customs clearance of shipments on behalf of the shipper, or arising from the shipper's noncompliance with the laws of the origin and destination countries, or UPS requirements applicable to the shipment.

UPS provides routine customs clearance through UPS Supply Chain Solutions® brokerage offices designated by UPS for handling customs clearance of shipments at no additional charge, except for UPS Standard™ to and from Canada shipments, for which a brokerage service charge applies.  Other UPS Supply Chain Solutions customs brokerage offices charge fees for the clearance of packages and freight.  For UPS Standard to Mexico, customs clearance by UPS Supply Chain Solutions® is required.  Failure to do so will result in packages automatically returned to shipper.

Additional charges may apply for complex customs clearance procedures, which include, but are not limited to, the following:

–Clearance procedures involving a government agency other than U.S. Customs and Border Protection;

–Customs Bonds;

–Drawbacks;

–Formal entries involving more than three tariff lines;

–Live Entries;

–Country of Origin Marking; or

–Temporary Import Bonds (T.I.B.).

UPS is under no obligation, unless the customer requests in writing and UPS agrees in writing, to undertake any pre- or post-importation action including, but not limited to, obtaining binding rulings, advising of liquidations, filing protests, or filing petitions for relief.

UPS may prepay duties, fees, or taxes on behalf of the payer.  For importation into the United States, a fee will be assessed and billed to the importer.  A fee may also apply for shipments to other countries.

For any claims arising from import, export or customs clearance activities, the liability of UPS (including UPS Supply Chain Solutions) shall be limited to the lesser of (i) $50 per entry, filing, or transaction; or (ii) the amount of fees paid to UPS for such entry, filing, or transaction.

## 4.1    Electronic Export Information

If Electronic Export Information (EEI) is required to be filed through the Automated Export System (AES) under the Foreign Trade Regulations of the U.S. Bureau of the Census ("Census") (i.e., Part 30, 15 C.F.R.), and the shipper has not filed the EEI and provided an Internal Transaction Number (ITN) to UPS to confirm that an EEI transaction was submitted to Census by the shipper accepted and is on file in the AES, UPS will electronically file the required EEI on behalf of the shipper, provided that all information required to file the EEI is supplied by the shipper in the UPS Shipping System or other export documentation and UPS has received proper authorization or a Power of Attorney from the shipper to complete and file the EEI. A processing fee will be assessed and billed to the shipper.

## 4.2    Certificate of Origin

UPS may, based solely on information that the shipper furnishes, prepare a Certificate of Origin for goods manufactured and originating within the United States on behalf of the shipper when

one is required but not included with the export documents provided by the shipper.  When authorizing UPS to prepare a Certificate of Origin, the shipper certifies that the information it provides to UPS is complete, true, and correct and that the completed Certificate of Origin complies with the laws of each country where a claim will be made that the goods are manufactured and originate in the United States.  A processing fee will be assessed and billed to the shipper.

### 4.3    UPS Paperless® Invoice Service

A shipper must register with UPS in advance of shipping to use UPS Paperless Invoice service, where such services are available.  By using UPS Paperless Invoice service, the shipper authorizes UPS to use the shipper's letterhead and electronic signature to prepare true, correct, and paperless commercial invoices that reflect, in all material respects, the shipper's sale transactions of merchandise to its buyers (i.e., the "Sold To" Parties) necessary to expedite in accordance with law the export and customs clearance of international shipments.  The shipper shall provide to UPS in advance all required information including, but not limited to, the true and accurate price at which the merchandise was sold to the "Sold To" Party, any required additions to customs value (e.g., dutiable commissions, royalty/license fees, assists, packing costs, and proceeds of subsequent sales), the currency of the sale, country of origin, terms of sale, the quantities, ultimate consignee, and a complete commercial description of the merchandise.  By using the service, shipper represents and certifies that any paperless commercial invoice that UPS prepares is true and accurate, which means that it is, in all material respects, an electronic copy of the same commercial invoice provided to the buyer.  The shipper shall have an affirmative, non-delegable duty to disclose to UPS any and all required commercial invoice information, and to ensure its accuracy and completeness.  The shipper must provide timely upload of PLD to use UPS Paperless Invoice service.

### 4.4    Pre-Release Notification for Import Shipments

A shipper or consignee may request that UPS notify the consignee prior to submission of a U.S. import shipment to U.S. Customs and Border Protection so that the importer may validate the classification, valuation, or other import information.  An additional fee applies for this service and will be billed to the importer or to the shipper when the shipper is selected as the payer of the duties and taxes for the shipment.

### 4.5    Record-Keeping

The shipper agrees and consents that UPS may preserve a record of the carriage for an international shipment using means other than producing a copy of the air waybill.  The shipper has a duty to and is solely liable for maintaining all records as required under the export and customs or other laws of the origin and destination countries, unless otherwise agreed to in writing.  UPS assumes no responsibility to act as a record-keeper or record-keeping agent for the shipper.

### 5.    UPS Import Control®

UPS Import Control service allows a shipper to process an import shipment, including commercial invoice.  Where available, a shipper may use UPS Import Control service to create a Print Import Label, Electronic Import Label, or Print and Mail Import Label to provide to the sender or party tendering the shipment to UPS, or a shipper may request 1 UPS Pickup Attempt or 3 UPS Pickup Attempts to request that UPS make pickup attempts to retrieve import shipments from a sender's address.  3 UPS Pickup Attempts is not available for UPS Worldwide Express Freight™.  UPS Import Control is available only in countries where UPS pickup services are available.  An additional charge will be assessed for each UPS Import Control unique label.

UPS Import Control is available for packages and pallets processed through UPS CampusShip®, UPS Internet Shipping, or UPS Developer Kit and also for packages only, processed through WorldShip® or an approved UPS Ready® solution.

Shipments containing certain items are prohibited from being shipped and are not accepted by UPS for UPS Import Control® service including, but not limited to, Hazardous Materials shipments requiring shipping papers, firearms, or shipments requiring Delivery Confirmation Services.  C.O.D. service is not available for UPS Import Control shipments.

The maximum actual or declared value for each UPS Import Control shipment is $50,000 per package and $100,000 per pallet, provided that, for any UPS Import Control package or pallet with an actual or declared value in excess of $1000, the shipper must ensure that a UPS high-value shipment summary is generated and signed by the UPS driver upon tender of the shipment to UPS.  If no high-value shipment summary is obtained and signed, the maximum actual or declared value of each such package or pallet is limited to $1000.

Notwithstanding anything herein to the contrary, for all UPS Import Control shipments tendered to UPS for export from the U.S., that transit the U.S., or that contain U.S.-origin goods, the sender or tendering party is the exporter for purposes of the Export Administration Regulations ("EAR"), and it shall be responsible for determining licensing authority (license, license exception, or NLR) and obtaining the appropriate license or other authorization as provided in Section 4 (Provisions for Export and Customs Clearance of International Shipments).  In no event shall a party arranging for UPS Import Control service provide a writing assuming responsibility for determining licensing requirements and obtaining license authority for any UPS Import Control shipment to the tendering party.  UPS does not agree to serve as the exporter for purposes of the EAR.

## 6.      Right of Inspection

UPS reserves the right in its sole discretion to open and inspect any shipment tendered to it for transportation, but is not required to do so.

## 7.      Refusal of Service

UPS reserves the right to refuse to provide service, among other reasons, for any shipment which by reason of the dangerous or other character of its contents may, in the sole judgment of UPS, soil, taint or otherwise damage other shipments or UPS's equipment, or which is improperly or insecurely packed or wrapped, as determined by UPS in its sole judgment.

Before accepting any shipment, UPS reserves the right to require sufficient verification, as determined by UPS in its sole discretion, of the shipper's name and address, or any other information necessary to accept the shipment for service.  UPS reserves the right to refuse to provide service for any shipment or to or from any location, or to provide alternative service arrangements, or to intercept, hold or return any shipment when, among other reasons, UPS, in its sole discretion, determines that it is unsafe or economically or operationally impracticable to provide service, that its services are being used in violation of federal, state, or local law, or for fraudulent purposes, or when the account of the person or entity responsible for payment is not in good standing.

## 8.      Packaging

It is the responsibility of the shipper to ensure that proper packaging is used and that contents are adequately and securely packed, wrapped, and cushioned for transportation.  Shipments must be so packed or wrapped as to meet UPS's published standards related thereto set forth in the Service Guide, or on ups.com, and as to pass tests set forth in the International Safe Transit Association ("ISTA") Procedure 3A, Procedure for Testing Packaged Products, published by ISTA.  In addition, any tested product must be free from damage and the packaging must afford reasonable protection as determined by UPS in its sole judgment.

Shipments containing goods of high value or high risk, including without limitation jewelry, pharmaceuticals, computers, hand-held electronic devices, mobile telephones, and electronic components of these, must not have labels, customized shipping labels (including as created in a UPS Automated Shipping System), markings, logos, or other written notice of contents contained within the package.

The use of UPS-provided packaging is not a guarantee that an item is sufficiently packaged for transportation. UPS does not provide special handling for shipments with "Fragile," orientation markings (e.g., "UP" arrows or "This End Up" markings), or any other similar such markings.

When shipping media of any type containing sensitive personal information (such as personal financial or health information), it is recommended that the shipper retain a copy of the data and secure the data on the media through encryption or other technological means.  UPS is not liable or responsible for loss of, damage to, or irretrievability of data stored on media of any type, or for loss of information, including without limitation personal, health or financial information.  For the shipment of electronic media, or for breakable items, see the packaging guidelines located at ups.com.  The guidelines advise against the use of Express Envelopes, Express Paks, or Express Pad Paks to ship sensitive personal information or breakable items.

UPS Worldwide Express Freight™ shipments must be palletized, stackable, able to be lifted by forklift, and shrink-wrapped or banded to a skid.  Shipper must ensure that pallets and packaging comply with all applicable laws and regulations of the origin and destination country.

## 9.     Use of UPS-Provided Materials and Services

UPS-provided materials including, but not limited to, packaging materials and supplies, envelopes, labels, label printers, shipping documents, publications and products are provided solely for the use of UPS shippers to obtain UPS services on their behalf and to interact with UPS.  Any other use of such UPS-provided materials is strictly prohibited.

UPS Express® Envelopes, Express Paks, Express Boxes, Express Tubes, UPS 10KG Box® and UPS 25 KG Box® may not be used for UPS Ground, UPS Standard™, UPS 3 Day Select®, or UPS Worldwide Expedited® shipments.

Under no circumstances may a shipper sell any UPS-provided materials, products, or services to any third party without prior written authorization from UPS.

A weekly charge applies for use of UPS-provided thermal label printers.

## 10.     Use of UPS Electronic Information Systems

Use of UPS electronic information systems to which shippers are granted access by UPS and which are accessed by means of hardware, software, or internet interfaces, including UPS Shipping Systems, are subject to and will be governed by the terms in effect at the time of shipping for the relevant system, including without limitation, the UPS Technology Agreement, the iShip® Master Enterprise Service Agreement, the ConnectShip® End User License Agreement, or that agreement licensing use of a UPS Ready® solution.

## 11.     Timely Upload of PLD

The shipper must provide Timely Upload of Package Level Detail ("PLD") to UPS.  Timely Upload of PLD as used in these Terms refers to the electronic transmission of all applicable PLD information to UPS at or before the time that shipments are tendered to UPS.  PLD includes, but is not limited to, consignee's full name, complete delivery address, and shipment dimensions and weight.

14

## 12. ZIP Code™/Postal Code Information

The receiver's ZIP Code™ is a required part of the address for domestic shipments. When available, ZIP+4™ should be used. The receiver's postal code, telephone number, and contact name are required parts of the address for international shipments.

## 13. P.O. Boxes

UPS does not provide Delivery to a P.O. Box. The shipper must make every effort to obtain a street address. If the shipper should use a P.O. Box address, the recipient's telephone number must be included. A package addressed to a P.O. Box may experience delays, is not covered by any UPS Service Guarantee, and is subject to an Address Correction charge. Army Post Office (APO) and Fleet Post Office (FPO) addresses are not accepted.

## 14. UPS Customer Center and UPS Worldwide Express Freight™ Center

Before accepting a shipment tendered for transportation or releasing any shipment at a UPS Customer Center or a UPS Worldwide Express Freight Center to a consignee or other recipient, UPS reserves the right to require sufficient verification, as determined by UPS in its sole discretion, of the shipper's or recipient's name, address, authorization to ship or receive the shipment, or any other information UPS deems necessary to accept or release the shipment in its sole discretion. Persons tendering or picking up shipments on behalf of a business may be required to provide identification issued by the business and a government-issued identification. A residential consignee will be required to provide a government-issued identification. UPS reserves the right to require payment to be made at Customer Centers and UPS Worldwide Express Freight Centers by payment card only.

## 15. Third-Party Retailer

The UPS Store® locations are independently owned and operated by licensed franchisees of The UPS Store, Inc., a subsidiary of United Parcel Service, Inc., and are not agents of UPS. Other Third-Party Retailers are independently owned and operated businesses and are not agents of UPS. UPS assumes no liability other than to the Third-Party Retailer as the shipper of the package, for lost, damaged or delayed packages sent via the Third-Party Retailer. Any such liability to the Third-Party Retailer is subject to the limitations set forth in the Terms. All inquiries regarding packages shipped via any Third-Party Retailer must be directed to the Third Party Retailer that shipped the package. UPS will deal solely with the Third-Party Retailer in all matters concerning packages shipped via any Third-Party Retailer including, but not limited to: tracking/tracing requests; claims and guarantees; C.O.D. preparation and remittance; return of undeliverable packages; proper packaging and labeling; and billing. Even if UPS responds directly to customers of the Third-Party Retailer regarding tracking requests, UPS will not be liable to those customers. The Third-Party Retailer is solely responsible for the issuance of any refunds and claims to those who shipped packages via the Third-Party Retailer. For any package shipped via the Third-Party Retailer with a declared value in excess of $1000, the Third-Party Retailer must provide a copy of the high-value control log to UPS at the time of tender of the package. The Third-Party Retailer shall not ship any articles which UPS does not accept for transportation. The Third-Party Retailer shall indemnify and hold harmless UPS in any action against UPS arising from the loss, damage, or delay of a package shipped via the Third-Party Retailer.

## 16. Pickup Services–Scheduled

UPS offers the following Scheduled Pickup Services:

–*Daily Pickup*: When Daily Pickup service is selected, UPS will call on shipper's location once each business day to pick up packages. UPS may not call upon a location on any day in which the account indicates that there are no packages available for pickup.

–*Daily On-Route Pickup*: When Daily On-Route Pickup service is selected, UPS will call at shipper's location each business day to pick up packages while making deliveries in shipper's area.

–*Day-Specific Pickup:* When Day-Specific Pickup is selected, UPS will call on shipper's location each business day as preselected by shipper. Shipper may select up to four business days per week for Day-Specific Pickup.

–*UPS Smart Pickup*®: When UPS Smart Pickup is selected, UPS will call on shipper's location any business day when the shipper transmits PLD using the current version of WorldShip®, UPS CampusShip®, or UPS Internet Shipping by the deadline designated by UPS, or if shipper has scheduled a pickup by telephone or through ups.com prior to the deadline designated by UPS.

For Daily Pickup, Daily On-Route Pickup, and Day-Specific Pickup, a weekly service charge based on the account's weekly billing total, as reflected in the UPS billing system, will be assessed. The weekly billing total may not necessarily reflect all packages tendered during a calendar week. For UPS Smart Pickup, a weekly service charge will be assessed.

Scheduled Pickup Services are not available for UPS Worldwide Express Freight service.

## 17.   UPS On-Call Pickup® Service

When UPS On-Call Pickup Service is requested by the shipper, UPS will arrange (where reasonably practicable) a pickup at the shipper's location. An additional charge for On-Call Pickup Service will be assessed.

On-Call Pickup Service from a Residential location will be assessed an additional surcharge for residential pickup. If the Residential location is in a remote or less accessible area as designated by UPS, an additional surcharge for extended area or remote Residential pickup also will apply.

On-Call Pickup Service must be requested for each UPS Worldwide Express Freight™ shipment pickup or drop-off (for door-to-door and non door-to-door services), and may not be combined with a package pickup. No additional charge for On-Call Pickup Service applies to UPS Worldwide Express Freight service.

## 18.   Saturday Pickup; Processing Fee

UPS offers Saturday pickup of UPS Air Services packages and UPS Hundredweight Air Services shipments for Delivery in the United States and Puerto Rico where such services are available. The shipper should contact UPS for information regarding UPS's Saturday pickup area. UPS Air Services shipments picked up on Saturday receive the same delivery commitment as UPS Air Services shipments picked up on Friday. Saturday pickup service is provided by the following methods:

–A shipper may request Saturday pickup via UPS On-Call Pickup service by contacting UPS on each Saturday, excluding holidays, on which the service is needed.

–At the shipper's option, UPS will call at the shipper's premises every Saturday, excluding holidays, to pick up qualifying shipments. A surcharge will be assessed if UPS calls at the shipper's premises on Saturday and there are no packages to be picked up on that day.

An additional charge will be assessed for each UPS Air Services package or UPS Hundredweight Air Services shipment processed using a UPS Shipping System, tendered to UPS, or tendered to a Third-Party Retailer on a Saturday, in addition to any applicable UPS On-Call Pickup® charge.

## 19.   Drop Shipment

A unique Drop Shipper account number will be assigned to approved shippers and must be used solely for the origin and destination locations as specified in the UPS Drop Ship Letter of Understanding or as required by UPS.

UPS reserves the right to refuse any Drop Shipment request, in its sole discretion, including, but not limited to, any Drop Shipment that is operationally or economically impracticable to transport. A request for Drop Shipment service is not reasonable unless the shipper makes a prior arrangement with UPS, agreed to in advance by UPS, as to timing, location, and volume of the Drop Shipment.

When a shipper, through prior arrangements with UPS, tenders packages at UPS's receiving stations with a return address requiring a movement greater than a Zone 2 movement from the point of tender, any undelivered packages will be returned automatically and will be charged at the rate applicable between the point of tender and the return address.  The effective UPS Rates for the applicable shipment will apply.

UPS does not accept, and shippers are prohibited from shipping, any package via a Drop Shipment that contains Hazardous Materials, except for Limited Quantity/ORM-D packages that are tendered for UPS Ground service in the 48 contiguous United States.

## 20.   Delivery

UPS does not limit Delivery of a shipment to the person specified as the receiver in the UPS Shipping System.  Unless the shipper uses Delivery Confirmation service requiring a signature, UPS reserves the right, in its sole discretion, to make a Delivery without obtaining a signature.

## 21.   Residential Delivery

If the delivery location could be construed as either residential or commercial, then a Residential Delivery surcharge will apply.  A residential delivery surcharge will apply even if the delivery location is later changed by the shipper or consignee to a commercial location.

## 22.   Deliveries Attempted Three Times Without Extra Charge

If UPS is unable to deliver a shipment, a notice will be left at the consignee's address stating that delivery has been attempted.  Thereafter, a second and, if necessary, a third attempt to deliver the shipment will be made without additional charge.  For UPS Worldwide Express Freight™ shipments, only one delivery attempt will be made; subsequent delivery attempts are subject to additional charges which will be charged to the consignee.

## 23.   Hold for Pickup and Hold at Location Services

At the time a shipper tenders a shipment to UPS, the shipper may request that UPS hold a domestic package at a designated UPS Customer Center for pickup by the consignee.  For each such shipment, the shipper will complete an address label showing the words "Hold for Pickup," the consignee's name, telephone number, the name of a contact person, and the full address of the designated UPS Customer Center.  In addition, the shipper will apply a UPS Hold for Pickup label below the address label on the shipment.  Hold for Pickup is not available for international package shipments.

For UPS Worldwide Express Freight™ shipments, the shipper may request that UPS hold a UPS Worldwide Express Freight shipment at a UPS Worldwide Express Freight Center location for pickup by the consignee.  For each such shipment, the shipper will complete an address label showing the words "Hold for Pickup," the consignee's name, telephone number, the name of a contact person, and the full address of the consignee (designated UPS Worldwide Express Freight Center address not required).

17

UPS will hold the shipment at the designated UPS Customer Center or UPS Worldwide Express Freight Center and will attempt to contact the consignee at the telephone number shown on the label.  Shipments not picked up within five (5) business days from the date of arrival will be considered undeliverable.

## 24.   Shipper Release

A shipper may request that UPS release a shipment on the first Delivery attempt. When Shipper Release is selected, UPS will make only one Delivery attempt, a signature will not be obtained upon Delivery, and a UPS delivery record showing a completed Shipper Release delivery shall be conclusive proof that Delivery was completed.  Shipper Release is provided solely at the shipper's risk of loss or damage arising from the release of the shipment by UPS and UPS will not be liable to shippers or third parties for any damages arising from the release of the shipment.

## 25.   UPS carbon neutral

A shipper may request that UPS offset the climate impact of a shipment via UPS carbon neutral service by selecting UPS carbon neutral at the time a shipment is tendered to UPS. By selecting UPS carbon neutral, UPS will purchase and retire in the appropriate registry a sufficient number of voluntary or regulatory carbon credits as determined by UPS in its sole discretion to offset calculated carbon dioxide emissions.  UPS carbon neutral is available only for shipments shipped using a UPS Automated Shipping System.  An additional charge will be assessed for each package or pallet.

## 26.   UPS Delivery Intercept®

After a domestic package has been tendered to UPS but before Delivery, a shipper may request that UPS return a package to the shipper, reroute a package (including a request by shipper to correct an address), hold the package for pickup at a UPS Customer Center, or hold a package for future delivery.  UPS may in its discretion also accept a UPS Delivery Intercept request from a third party when the shipper has requested that the third party's UPS account number be billed for such package.  UPS will honor a UPS Delivery Intercept request in its discretion where practicable and where the shipper has guaranteed payment of applicable charges resulting from the change.  An additional charge, set forth in the UPS Rates applicable to the shipment in effect at the time of the request will be assessed for each package returned to the shipper, rerouted, or held for future delivery.  If a request to reroute a package requires a package movement from the original receiver address beyond a UPS Zone 2, additional transportation charges also will apply.  The transportation charges will be calculated at the applicable rate between the original receiver address and new rerouted address.  For a request to return to shipper, transportation charges as set forth in Section 34 for undeliverable packages will apply and be assessed to the shipper.

## 27.   Delivery Change Requests

After delivery has been attempted and the receiver has received notice from UPS that delivery has been attempted (UPS InfoNotice® or postcard number required), the receiver may request, for a package or a pallet, that UPS return to the shipper, hold  for pickup at a UPS Customer Center or UPS Worldwide Express Freight™ Center, hold for future delivery, or reroute a package (but not a pallet) ("Delivery Change").  Delivery Change Requests to reroute international shipments are not available.  UPS will honor a Delivery Change Request in its discretion where practicable and where the receiver has guaranteed payment of any applicable charges resulting from the change.  By requesting a Delivery Change, the receiver acknowledges and agrees that the limitations of liability set forth in the Terms in effect at the time of shipment apply to the shipment subject to the Delivery Change Request and that the value originally declared by the shipper, if any, shall continue to apply throughout the course of transportation pursuant to the Delivery Change Request.  UPS assumes no liability other than to the shipper of the shipment for loss, damage, or delay of any shipment subject to Delivery Change.  An additional charge set

forth in the UPS Rates applicable to the shipment in effect at the time of the request will be assessed to the consignee for each package rerouted or held for future delivery by a Delivery Change Request.  If a request to reroute a package requires a package movement from the original receiver address beyond a UPS Zone 2, additional transportation charges also will apply and be assessed to the consignee.  The transportation charges will be calculated at the applicable rate between the original receiver address and new rerouted address.  Delivery Reattempt charges will apply to subsequent attempts to deliver UPS Worldwide Express Freight shipments beyond the first delivery attempt.  For a request to return to shipper, transportation charges as set forth in Section 34 for undeliverable shipments will apply and be assessed to the shipper.

## 28.    Correction of Addresses

If UPS is unable to deliver any shipment as addressed by the shipper, or if the shipment has an incorrect or incomplete address (examples include, but are not limited to, P.O. Boxes, missing suite, apartment, or unit numbers, old addresses, and missing/incorrect ZIP Codes), UPS will make reasonable efforts, to be determined in its sole discretion, to secure the correct or complete address.  An address validated by UPS may be incorrect or incomplete for purposes of completing Delivery, and may be corrected by UPS.  If the correct or complete address is secured, UPS, at its sole discretion, will attempt delivery, and the shipper will be provided with the correct or complete address in order to update its internal records.  An additional charge will be assessed for an address correction.

## 29.    Saturday Delivery

UPS offers optional Saturday Delivery where such services are available.  A shipper may request Saturday Delivery by indicating the selection in the UPS Shipping System and attaching a Saturday Delivery routing label to each package or pallet.  An additional charge will be assessed for each shipment for Saturday delivery and will be billed to the payer of the transportation charges.  Contact UPS for UPS's Saturday Delivery area.

## 30.    Delivery Confirmation Services

UPS provides the following Delivery Confirmation Services.  An additional charge applies for each service.  Delivery Confirmation information, including signatures where applicable, is available online or by mail.  Where applicable, only valid UPS accounts will receive responses via mail:

### 30.1    Delivery Confirmation (domestic only)

A shipper may request Delivery Confirmation Service by indicating Delivery Confirmation on the UPS Source Document (excluding Air Shipping Documents) or in a UPS Automated Shipping System.  Delivery Confirmation information will include the date of delivery and either the name of the recipient or the disposition of the package; or, in the event of a return, the reason for the return and the date processed.

### 30.2    Delivery Confirmation Signature Required (domestic and international)

A shipper may request UPS to obtain the recipient's signature on Delivery.  The shipper must use a UPS Automated Shipping System to initiate a request for this service.  UPS may obtain, at its discretion, a signature or other electronic acknowledgment of receipt from the recipient when this option is selected.

### 30.3    Delivery Confirmation Adult Signature Required (domestic and international)

A shipper may request UPS to obtain the signature of an adult 21 years of age or older on Delivery.  UPS, in its sole discretion, will determine if Delivery can be completed when such a

19

request is made, and may request photo identification indicating the recipient's age, before completing Delivery.  The shipper must use a UPS Automated Shipping System to initiate a request for this service.  UPS reserves the right to assess the shipper the additional charge for this service when the shipper requests UPS to obtain an adult signature on Delivery and an approved UPS label is not affixed to the package or pallet indicating such request, or, the shipper tenders a package or pallet that, based upon its contents, requires an approved UPS label requesting an adult signature upon Delivery and no such label has been affixed to the package or pallet.

### 31.   UPS Next Day Air® Early A.M.® Verbal Confirmation of Delivery

The shipper may request optional Verbal Confirmation of Delivery when shipping via UPS Next Day Air® Early A.M.® Verbal Confirmation of Delivery is not available in Hawaii and is not available for international shipments. When this service is selected, UPS will call the shipper to confirm Delivery on the day of Delivery. The additional charge for each Verbal Confirmation of Delivery request will be billed to the payer of the transportation charges.

### 32.   Proof of Delivery (P.O.D.)

Upon request, UPS will provide proof of delivery of a shipment via fax transmission, email, or mail.  The request must include a fax number, including area code, for an operating fax machine, an email address for email delivery, or an address deliverable by the United States Postal Service for mail.

### 33.   Tracking/Tracing and Refund Request Charge

UPS reserves the right to assess a shipper an additional charge per request for each Tracking/Tracing and Refund Request initiated by or at the request of the shipper.  This charge will not be assessed for the first 50 tracking requests per calendar week, or for a quantity of tracking requests equal to or less than 20 percent of the shipper's volume for that week, whichever is greater.  This charge will not be assessed for a quantity of tracing requests equal to or less than two percent of the shipper's volume for that week.  UPS also reserves the right to assess the shipper a charge set forth in the effective UPS Rates for Service Guarantee refund requests when the subject shipment was delivered in accordance with the applicable UPS Service Guarantee in the effective Terms.

### 34.   Special Handling of Undeliverable Shipments; Refused Shipments Returned

Shipments refused by the consignee, or which cannot be delivered will be returned to the shipper at shipper's expense, including, but not limited to, forwarding costs, return transportation charges, duties, and taxes.  Undeliverable international shipments returned to the shipper also are subject to an undeliverable shipment surcharge set forth in the effective UPS Rates.  The UPS Service Guarantee does not apply to undeliverable shipments returned to the shipper.

UPS reserves the right to dispose of a shipment, including salvage (after retention of the shipment for a reasonable period of time as determined by UPS, not to exceed 30 days) if the shipment is refused by the consignee or for any other reason cannot be delivered, and return of the shipment is refused by the shipper or the shipment cannot otherwise be returned to the shipper.  The shipper or consignee's sole recourse in such circumstances shall be in accordance with and subject to Sections 49 ("Claims and Legal Actions") and 50 ("Responsibility for Loss or Damage").

### 35.   C.O.D. Service

UPS accepts C.O.D. packages for delivery in the United States and Puerto Rico.  C.O.D. service is not provided for international shipments except for international shipments originating in

Canada for delivery in the United States.  C.O.D. service is not available for UPS Worldwide Express Freight Service from any origin.

### 35.1  Preparation and Listing of C.O.D. Packages

Shippers not using a UPS Automated Shipping System must prepare and attach to each C.O.D. package a UPS C.O.D. tag showing the amount to be collected and enter such amount in the space provided for that purpose.

Shippers using a UPS Automated Shipping System will generate, and apply to each C.O.D. package, a system-generated address label with a C.O.D. bar code and the amount to be collected for each individual package.  Each C.O.D. package in a UPS Hundredweight Service® or UPS Ground with Freight Pricing C.O.D. shipment must carry a C.O.D. tag or system-generated label for the goods contained in that package.

### 35.2  Responsibility for C.O.D.s

Upon delivery of each C.O.D. package, UPS will attempt to collect the amount shown on the C.O.D. tag or the system-generated label attached to the package and transmit to the shipper the amount so collected (subject to the terms in Section 35, "Remittance of C.O.D.s," below), or, if collection cannot be made, will return the package to the shipper.  The shipper must notify UPS within 45 days from the date of shipment of a C.O.D. shipment if the shipper has not received payment of the C.O.D. amount, or any claim relating thereto shall be deemed waived.  Suits shall be instituted within two years after denial of any portion of the claim.

If collection cannot be made within three delivery attempts, or the consignee refuses delivery, UPS will return the package to the shipper.

### 35.3  Consignee's Checks in Payment of C.O.D.s

Unless instructions to collect a cashier's check or money order only are shown on the C.O.D. tag (in conformity with the instructions on the tag) or system-generated label, UPS will accept a check or other negotiable instrument issued by or on behalf of the consignee.  When instructions to collect a cashier's check or money order only are clearly indicated on the C.O.D. tag or system-generated label, UPS reserves the right to accept a cashier's check, money order, official bank check, or other similar instrument issued by or on behalf of the consignee.

All checks or other negotiable instruments (including cashier's checks, official bank checks, money orders, and other similar instruments) tendered in payment of C.O.D.s will be accepted by UPS based solely upon the shipper assuming all risk relating thereto, including, but not limited to, risk of non-payment, insufficient funds, and forgery, and UPS shall not be liable upon any such instrument.

All checks or other negotiable instruments (including cashier's checks, official bank checks, money orders, and other similar instruments) will be transmitted to the shipper together with UPS's own check if consignee check(s) collected are for less than the C.O.D. amount.  Remittances (checks, money orders, etc.) received that are less than the C.O.D. dollar amount indicated by the shipper will be reimbursed for the full amount unless the variance of the amount remitted is less than $1.00.

### 35.4  C.O.D. Package of $10,000 or More

UPS may require payment for any C.O.D. package of $10,000 or more to be received in a single check or other negotiable instrument such as a cashier's check, money order, official bank check, or other similar instrument.

21

### 35.5   Acceptance of Personal Check

In the event that UPS accepts a personal or company check when a shipper has properly instructed UPS to collect a cashier's check or money order only, UPS reserves the right, in its sole discretion, to deposit into a UPS account the personal or company check collected and to provide the shipper with a check issued by UPS.

### 35.6   C.O.D. Remittance Verification

In the event that a shipper timely notifies UPS that the shipper has not received payment of the C.O.D. amount, if UPS's records show that it collected a C.O.D. payment and the remittance has not been cashed, UPS may, in its sole discretion, provide the shipper with a digital image of the check or money order along with a C.O.D. Remittance Verification in order to assist the shipper in locating the missing C.O.D. payment.  If the shipper is still unable to locate the C.O.D. payment, UPS may, in its sole discretion, provide the shipper with an indemnified C.O.D. check or money order, which is a digital image of the original payment collected by UPS at the time of delivery and can be deposited in a bank, provided that the original check or money order has not previously been deposited or negotiated.  If the indemnified check or money order turns out to be invalid for any reason including, but not limited to, insufficient funds or forgery, UPS shall not be liable upon the instrument.

### 35.7   Restrictions

C.O.D.s are accepted for amounts up to $50,000 per package.

C.O.D. packages with an amount to be collected in excess of $500 are not accepted for transportation via a UPS Drop Box.

Entry of a C.O.D. amount is not a declaration of value for carriage.  Payment of the C.O.D. charge does not constitute payment of the declared value charge.

UPS will not accept currency in any amount for payment of C.O.D. shipments.

### 35.8   Charges for C.O.D. Collections

An additional charge will be assessed for each C.O.D. package tendered to UPS.

### 35.9   Remittance of C.O.D.s

Subject to the following provisions of this section, UPS shall remit C.O.D. collections to the shipper after the date of collection.

The shipper irrevocably authorizes UPS to apply, in its sole discretion and without prior notice to the shipper, any C.O.D. collections to any past due Charges owed by the shipper.  To this end, if there are any past due Charges owed by the shipper, the shipper hereby (a) irrevocably assigns and transfers to UPS all of the shipper's right, title and interest in and to each check or other negotiable instrument for payment of a C.O.D. that is received by UPS or its employee or agent, and (b) constitutes and appoints UPS as the shipper's attorney-in-fact and authorizes UPS, in the shipper's name, place, and stead, to endorse any such check or other negotiable instrument with the shipper's name, to deposit the same into any UPS account, and to apply the proceeds of the same against any past due Charges owed by the shipper.  The shipper acknowledges and agrees that such appointment of UPS as the shipper's attorney-in-fact is coupled with an interest and is irrevocable.  UPS may exercise any of its rights under this section either directly or through any employee or agent.

The shipper relinquishes, waives, and agrees not to assert any claim against UPS or any of its employees or agents, any consignee, any collecting or paying bank, or any other person or entity, that may directly or indirectly arise as a result of UPS's exercise of any of its rights under

this section Remittance of C.O.D.s.  Without diminishing any of UPS's rights under the preceding sentence, the shipper agrees that UPS and such other persons or entities shall not be liable to the shipper or any other person or entity for any special, incidental, or consequential damages in any claim made with respect to UPS's exercise of any such rights.

The shipper agrees that, following UPS's application of any C.O.D. collections to any past due Charges owed by the shipper in accordance with this section, the shipper will continue to be fully liable for the payment of all remaining Charges owed by the shipper (including, without limitation, (i) any Charges that are not covered by the application of the C.O.D. collections, and (ii) any Charges relating to a previously applied C.O.D. collection that is reversed by reason of the uncollectibility of the C.O.D. check or other negotiable instrument or otherwise).

Nothing in this section shall constitute an election of remedies by UPS or any other person or entity or a waiver of any of the rights of UPS or any other person or entity under the remaining provisions of the Terms or at law or in equity.

## 36.    UPS Returns® Services

Where available, UPS offers UPS Returns® Services (defined as Authorized Returns Service (ARS), Print Return Label, Electronic Return Label, Print and Mail Return Label, 1 UPS Pickup Attempt, 3 UPS Pickup Attempts, UPS Returns on the Web, UPS Returns® Flexible Access, and UPS Returns® Exchange).  3 UPS Pickup Attempts is not available for UPS Worldwide Express Freight.  ARS, UPS Returns Flexible Access, and UPS Returns Exchange are contractual package services only.

An additional accessorial charge applies to each UPS Returns Services package or pallet and will be assessed when the service is requested.  The applicable charges will be those set forth in the UPS Rates in effect at the time the charge is applied.  Upon Delivery, a package or pallet returned will be charged the rate calculated from the pickup location to the destination via the service selected.

Shipments containing certain items are prohibited from being shipped and are not accepted by UPS for UPS Returns Services including, but not limited to, Hazardous Materials shipments requiring shipping papers, firearms, and shipments requiring Delivery Confirmation Services.

C.O.D. (Collect on Delivery) service is not available for UPS Returns Services packages.  Third-Party Billing is not available for UPS Returns Services in the United States.  Third-Party Billing is available for UPS Returns Service outside the United States.

UPS Returns Services shipments are subject to maximum declared values.  See section 50.1, Maximum Declared Values.

## 37.    UPS Rates

The applicable UPS Rates are determined on the basis of shipment and shipper characteristics, including shipment weight and size and origin to destination distance, and are subject to change. Except as otherwise stated in the Terms, all charges, fees, or surcharges shall be those set forth in the UPS Rates in effect at the time of shipping.

To determine the amount of any Charges for UPS service, consult the UPS Rates in effect at the time of shipping.  The effective UPS Rates are available at www.ups.com and upon request at the local UPS office.

Shippers are responsible for providing accurate and complete shipment information in the UPS Shipping System used, including service selected, number, weight, and dimensions of shipments.  If any aspect of the shipment information is incomplete or incorrect as determined by UPS in its sole discretion, UPS may adjust Charges at any time.

23

UPS reserves the right in its sole discretion to use any mode of transportation whatsoever to provide the service selected by the shipper.  Regardless of the mode of transportation used, the effective UPS Rates for the service selected by the shipper shall apply.  If, however, a shipper selects a UPS service to a destination for which only a higher level of service is available, UPS will substitute the next higher level of available service and will charge the corresponding rate for the substituted service.

### 37.1   Daily Rates, Standard List Rates, and Retail Rates

Daily Rates apply to UPS account holders who have a UPS Scheduled Pickup account established prior to January 3, 2011, and to UPS account holders with a customized shipping agreement that provides for Daily Rates.

Standard List Rates apply to UPS account holders who have a UPS Scheduled Pickup account established on or after January 3, 2011, and to UPS account holders with a customized shipping agreement that provides for Standard List Rates.  Standard List Rates also are available upon request to UPS account holders who receive Retail Rates and have average shipping revenue of at least $50 per week for a consecutive four-week period, excluding the month of December.

UPS account holders who receive Standard List Rates but no longer meet criteria to qualify for Standard List Rates may be charged Retail Rates without further notice from UPS.  UPS account holders receiving Retail Rates who believe they may qualify for Standard List Rates must contact UPS in order to be considered for Standard List Rates.  Upon request, UPS will then determine whether the UPS account holder is eligible for Standard List Rates, in UPS's discretion.  Any rate changes will be applied prospectively only, and no refunds or credits for charges or rates previously assessed will be issued, regardless of eligibility prior to shipment.

Shippers who do not receive Daily Rates or Standard List Rates will be charged Retail Rates.

Retail Rates also apply to shipments processed and paid for at The UPS Store® or UPS Customer Centers.

Shippers who drop off at a location of The UPS Store or a UPS Customer Center packages that have already been processed prior to drop off will receive the rates applicable to the transaction. UPS Worldwide Express Freight™ pallets that are processed as door-to-door pallets prior to drop off at a UPS Worldwide Express Freight™ Center will receive door-to-door rates.

### 37.2   Letter Rates

Letter Rates for domestic shipments are available only for UPS Express® Envelopes containing correspondence, urgent documents, or electronic media, with an actual weight of eight ounces or less.  UPS Express® Envelopes containing items other than those listed or weighing more than eight ounces will be assessed the corresponding rate for the applicable weight.  For international shipments, Express Envelopes may be used only for documents of no commercial value (which may include electronic media in some countries), with an actual weight of eight (8) ounces or less.  UPS Express Envelopes containing other items, or weighing more than eight ounces will be assessed the corresponding Pak Rates.

### 37.3   Pak Rates

Pak Rates are available only for UPS Worldwide Express Plus®, UPS Worldwide Express®, and UPS Worldwide Saver® single package U.S. export shipments in UPS Express® Envelopes containing correspondence, urgent documents, or electronic media, with an actual weight of more than eight ounces but less than or equal to two pounds; or, for packages using UPS Express® Pak packaging when UPS Pak is selected at the time of shipping, and the declared value of the package for customs is less than or equal to $100.00.  UPS Express Pak shipments weighing more than two pounds will be assessed the corresponding applicable UPS Rates for the shipment.

24

### 37.4   UPS 10KG Box® and UPS 25KG Box® Rates

UPS 10KG Box® and UPS 25KG Box® Rates apply to UPS Worldwide Express Plus®, UPS Worldwide Express®, and UPS Worldwide Saver single package U.S. export shipments, using UPS 10KG and 25KG packaging.  Shipments that exceed 10KG and 25 KG, respectively, will be assessed the applicable UPS Rates for the actual weight and service selected.

### 37.5   Private Express Statutes

The shipper shall comply with the requirements of the Private Express Statutes when using UPS 2nd Day Air A.M.® and UPS 2nd Day Air® services.

### 37.6   Rates for Large Packages; Large Package Surcharge

A package is considered a "Large Package" when the package measurements exceed 130 inches in length and girth [(2 x width) + (2 x height)] combined, and are equal to or less than 165 inches.

The rate for a Large Package will be based on the greater of the dimensional weight or the actual weight, and is subject to a minimum billable rate set forth in the UPS Rates applicable to the shipment in effect at the time of the shipping.

A Large Package Surcharge (LPS) will be applied to each Large Package.  Each Large Package in a multiple-package shipment may receive an LPS.  LPS will not apply to Authorized Return Services UPS Ground packages, or to UPS Worldwide Express Freight shipments.

### 37.7   Over Maximum Limits Charge

Packages that exceed the weight or size restrictions set forth in Section 3.1 ("Items Not Accepted for Transportation") are subject to one or more of the following additional charges:  Over Maximum Weight, Over Maximum Length, or Over Maximum Size.  Such charges apply in addition to all other applicable charges, including but not limited to the Large Package Surcharge.

### 37.8   Additional Handling Charge

An Additional Handling charge will be assessed for any package that requires special handling, as determined by UPS in its sole discretion, including, but not limited to:

–Any article that is encased in an outside shipping container made of metal or wood;

–Any cylindrical-like item, such as a barrel, drum, pail, or tire, that is not fully encased in a corrugated cardboard shipping container;

–Any package with the longest side exceeding 60 inches or its second-longest side exceeding 30 inches;

–Any package with an actual weight greater than 70 pounds; and

–Each package in a UPS Hundredweight, UPS Ground with Freight Pricing, UPS Standard™, or international shipment (excluding UPS Worldwide Express Freight™ shipments) where the average weight per package is greater than 70 pounds and the weight for each package is not specified in the UPS Shipping System used.

### 37.9   Oversize Pallet Handling Surcharge

An Oversize Pallet Handling Surcharge will apply to UPS Worldwide Express Freight™ pallets that are Oversize.  A pallet is considered Oversize when its dimensions exceed thresholds that vary by origin and destination as set forth at http://www.ups.com/media/en/oversize_pallet.pdf.

25

UPS Worldwide Express Freight™ pallets are also subject to maximum size restrictions (which vary by origin and destination) as set forth at www.ups.com/palletmaximums.  Pallets that exceed these size restrictions are also subject to an Oversize Pallet Handling Surcharge.

## 38.   Fuel Surcharge

UPS reserves the right to institute a fuel surcharge on some or all shipments without prior notice. This surcharge is subject to adjustment monthly.  This surcharge may apply to any domestic or international transportation or other charges including, but not limited to, any accessorial charge or surcharge.  The current fuel surcharge is described at ups.com.

Regardless of the mode of transportation used, the effective fuel surcharge for the service selected by the shipper shall apply.  This surcharge will be applied to such services and for such periods as UPS, in its sole discretion, may determine necessary.

## 39.   Manual Processing Charges

UPS reserves the right to assess a manual processing charge of $0.50 per package or $35 per week (whichever is greater) to shippers who ship packages using a UPS Shipping System that applies outdated UPS Rates until such time as the shipper upgrades the UPS Shipping System to reflect current UPS Rates.

A manual processing service charge will be assessed to each package shipped using a UPS 3 Day Select® or UPS Ground shipping document.

## 40.   Billing Options for Domestic Shipments

Unless otherwise agreed to in writing by UPS, shipping charges will be billed to the shipper.

UPS accepts shipments for Collect billing and Third-Party billing, provided the consignee or third party has a valid UPS account number and has agreed to accept the charges.  Regardless of the billing option selected, some charges including, but not limited to, address correction charges, will be billed to the shipper.

## 41.   Billing Options for International Shipments

The amount billed includes, but is not limited to, shipping charges, duties, fees, and taxes, if applicable.  Unless otherwise restricted in the origin or destination country, shippers tendering packages using a UPS Shipping System may select the payer of shipping charges, duties, and taxes as Shipper, Receiver, or Third Party.  UPS accepts shipments for Receiver or Third Party billing provided the Receiver or Third Party has a valid UPS account number and has agreed to accept the charges.  In the event of non-payment by the Receiver or Third Party, the shipper is liable for all charges including, but not limited to, duties, fees, and taxes.

An additional Duty and Tax Forwarding Surcharge will apply if the shipper selects a billing option in which duties and taxes are to be paid outside of the destination country.

UPS reserves the right in its sole discretion to request advance payment of shipping charges for any package sent to or from any international destination or origin.

For all shipments where the shipper is not paying the shipping charges, the shipper must notify the bill payer prior to shipping, and agree to pay all charges in the event of non-payment by the bill-to party.  The shipper is liable for payment in the event of non-payment by the consignee (or receiver) or third party.  All shipments must have a valid UPS billing option indicated on the UPS Shipping System entry.  Regardless of the billing option selected, some charges including, but not limited to, address correction charges, will be billed to the shipper.

**42.  Bill My Account**

UPS may provide in its sole discretion a Bill My Account service to registered shippers to allow the shipper to bill to its own account Charges incurred at UPS Customer Centers and participating Third Party Retailer locations.  A processing fee for using Bill My Account may apply and may vary by shipping location.  When using Bill My Account, a shipper with customized contract incentives that may otherwise apply to the account may be limited to certain maximum incentives ("Incentive Caps").  The applicable processing fee and Incentive Caps are subject to change without prior notice and are published at www.ups.com/billmyaccount.  Incentive Caps and processing fees in effect at the time of shipping will apply to shipments billed using Bill My Account.

**43.  Disbursement Fee**

To expedite customs clearance, UPS may make or process payments of duties and taxes on behalf of the payer as dictated by the billing option selected.  An additional fee, set forth in the UPS Rates applicable to the shipment in effect at the time of shipping, will be assessed and billed to the payer.

**44.  Currency Conversion Rate**

Charges to a payer's account in a foreign currency will be converted to the payer's currency using a weekly exchange rate secured through Major Money Center Banks, plus an exchange fee, set forth in the UPS Rates applicable to the shipment in effect at the time of shipping.

**45.  Missing/Invalid Account Number or Refusal Fee**

A processing fee will be charged for a missing or invalid account number when the account number, including the shipper's account number, is missing, the account number is not the correct account number for the bill-to party, the account number is for a receiver or third party who fails to pay the shipping charges, or the package is shipped to an unauthorized consignee. In the event of non-payment by the receiver or third party, the shipper will be billed a refusal fee plus the shipping charges.

**46.  Shipping Charge Corrections; Audit**

UPS reserves the right to bill for Charges based upon the characteristics of, and services requested for, shipments actually tendered to UPS.  UPS also reserves the right to audit any package, shipment and/or invoice to verify service selection, dimensions, or weight, and applicability of any Charges.  As part of that audit, UPS may weigh and measure any package or shipment tendered to UPS using any method UPS deems appropriate, including but not limited to multidimensional measuring devices.  UPS may in its sole discretion increase or adjust Charges based on the results of such audit.  In the event that a package's or shipment's dimensions are altered during transit, UPS reserves the right to bill for Charges based on the altered dimensions.

**47.  Payment of Charges**

Except where an alternative payment plan applies, UPS's payment terms require payment in full in advance.

UPS may provide in its sole discretion alternative payment terms to certain of its shippers.  UPS, in its sole discretion, shall decide which, if any, of the alternative payment plans described below (see "Alternative Payment Plans") will be made available to the shipper.

A shipper that is not enrolled in any of the Alternative Payment Plans described below shall pay all Charges in advance of shipment, as required by UPS.

27

Notwithstanding any billing plan that is in effect or payment or billing option selected at the time of shipment, the shipper is ultimately liable for and agrees to pay all Charges, including in the event of insolvency, bankruptcy, non-payment, or refusal to pay by the receiver or third party.

All Charges must be paid in the lawful money of the United States of America.

If a shipper submits shipment information to UPS through a UPS Shipping System and does not subsequently tender such shipment to UPS, it is the shipper's sole responsibility to request an adjustment, as set forth below (see Section 47.1, "Invoice Adjustment").  Shippers who fail to do so will be liable for all applicable Charges.

As an accommodation to the shipper, and in UPS's sole discretion, UPS may render invoices or copies of invoices to a third party at the request of the shipper.  The shipper remains responsible for the timely payment in full of all Charges owed by the shipper.  By requesting UPS to render invoices or copies of invoices to a third party, the shipper is deemed to authorize the third party to act on behalf of the shipper, and UPS may rely thereon in all respects.

UPS also may in its sole discretion elect to render an invoice that includes amounts owed for services provided by UPS affiliates.

If Charges are paid by payment card, the shipper expressly authorizes UPS to assess any Charges and to obtain payment of the Charges by use of the payment card.  If, for any reason, any such payment card transaction is rejected or declined, the shipper will pay to UPS a declined transaction fee of ten dollars ($10) per incident, in addition to any late payment fees assessed by UPS and any collection costs which may be incurred by UPS in the final collection of Charges owed by the shipper.  The shipper authorizes UPS to charge the declined transaction fee to the shipper's payment card account or to collect the fee directly from the shipper, at UPS's sole option.

If, for any reason, a negotiable instrument submitted to UPS as payment for Charges is returned to UPS unpaid, or an electronic request for payment is dishonored, UPS may charge the shipper a dishonored payment fee of twenty dollars ($20) per incident, in addition to any late payment fees assessed by UPS and any collection costs which may be incurred by UPS in the final collection of Charges owed by the shipper.

UPS may provide trade credit information on its shippers to commercial reporting agencies.

### 47.1   Invoice Adjustment

Shippers requesting an invoice adjustment (e.g., adjustment of Charges based on an incorrect rate, billable weight, account number, failure to tender a shipment, type of service, shipping charge correction, etc.) or a refund due to a duplicate payment must notify UPS of the request within 180 days of receiving the contested invoice, or any billing dispute is waived.  Notification to UPS of a request for an invoice adjustment must be made in writing using one of the following methods:

–Submit a request through UPS's online Billing Center at ups.com/billing;

–Email a request to UPS through ups.com®; or

–Mail a request to United Parcel Service, P.O. Box 7247-0244, Philadelphia, PA 19170-0001;

The notification to UPS must include the date of shipment, the tracking number for each disputed charge, and the reason for the disputed charge.  A partial payment against an invoice is not considered a request for an invoice adjustment or notice to UPS of a disputed charge.  UPS reserves the right to refuse to issue any invoice adjustment until all outstanding charges owing to UPS have been paid in full.

28

### 47.2   Alternative Payment Plans

Where UPS elects to make an alternative payment plan available to the shipper, UPS may render an invoice to the shipper on a weekly (i.e., seven days) or a monthly (i.e., four or five calendar weeks) basis. A weekly invoice will include the Charges incurred in the previous week. Notwithstanding that UPS has elected to render an invoice to the shipper on a weekly basis, an invoice may be issued only when the shipper has incurred aggregate Charges in excess of ten dollars ($10), or when five (5) calendar weeks have elapsed from the date of issuance of the last invoice, whichever event occurs first. A monthly invoice will include the Charges incurred for the four- or five-week period for which the invoice is issued. In its sole discretion, UPS may offer one or more of the following alternative payment plans for the payment of Charges:

**–Electronic Funds Transfer Plan (Debit EFT)**

By written agreement with UPS, the shipper will provide UPS with the shipper's bank account number and bank routing number to enable UPS to electronically request payment, for all Charges incurred by the shipper, directly from the shipper's bank, on a weekly or monthly basis. The shipper's bank will remit the amount requested to UPS and deduct that amount from the shipper's bank account. Payments to UPS will be shown on the shipper's bank statements. The shipper is responsible for payment of any fees imposed by the shipper's bank. Additionally, the shipper will receive a weekly or monthly invoice, as applicable, except as described above, from UPS listing the services provided for the applicable billing period. If, for any reason, an electronic request for payment is dishonored, the shipper is responsible for making a timely payment directly to UPS. Past due balances will be subject to any collection costs which may be incurred by UPS in the final collection of Charges owed by the shipper. No late payment fee shall be assessed with respect to the Electronic Funds Transfer Plan.

**–Monthly Prepayment Plan**

By written agreement with UPS, the shipper will make a prepayment with UPS in an amount equal to four weeks' anticipated Charges as estimated by UPS. Upon notice to the shipper, the required prepayment amount may be changed by UPS at any time to reflect a revised estimate of four weeks' Charges. All prepayment amounts will remain on account with UPS. No interest will be paid or accrued on the prepayment amounts.

The Charges incurred for the applicable month will be totaled and billed to the shipper on a monthly basis. Payment is due within seven (7) days after receipt of the UPS invoice. Past due balances will be subject to a late payment fee as described below in addition to any collection costs which may be incurred by UPS in the final collection of Charges owed by the shipper.

**–Weekly Prepayment Plan**

By written agreement with UPS, the shipper will make a prepayment with UPS in an amount equal to four weeks' anticipated Charges as estimated by UPS. Upon notice to the shipper, the required prepayment amount may be changed by UPS at any time to reflect a revised estimate of four weeks' Charges. All prepayment amounts will remain on account with UPS. No interest will be paid or accrued on the prepayment amounts.

Shipper will receive invoices on a weekly basis, except as described above. Each invoice will list the previous period's Charges incurred. Payment for all accumulated Charges will be due within seven (7) days following the shipper's receipt of every fourth invoice; however, if prior to receiving the fourth invoice the shipper's accumulated Charges should equal or exceed the prepayment amounts on account with UPS, then the accumulated Charges will be due within seven (7) days following the shipper's receipt of the invoice requiring such payment. Past due balances will be subject to a late payment fee as described below, in addition to any collection costs which may be incurred by UPS in the final collection of Charges owed by the shipper.

**–Special Payment Plan**

29

By written agreement with UPS, the shipper may prepay an amount equal to the anticipated Charges for a period of between ten to twenty-six weeks, as estimated by UPS. The Charges actually incurred by the shipper will be deducted by UPS on a weekly basis from the prepayment amounts on account with UPS. Weekly invoices marked as paid will be forwarded to the shipper reflecting the balance of the prepayment amount on account with UPS. When the prepayment amount on account with UPS reaches the minimum balance specified in the written agreement, the shipper is required to make another prepayment for an additional period pursuant to the same agreement, or, if the shipper does not do so, the shipper must make another payment arrangement with UPS. All prepayment amounts will remain on account with UPS. No interest will be paid or accrued on the prepayment amounts. If the Charges incurred by the shipper exceed the remaining balance of the prepayment amounts on account with UPS, the excess Charges will be due within seven (7) days following the shipper's receipt of the invoice requiring such payment. Past due balances will be subject to a late payment fee as described below in addition to any collection costs which may be incurred by UPS in the final collection of Charges owed by the shipper. This payment plan alternative is available only to existing customers already approved for a Special Payment Plan.

**–Credit Extension Plan**

By written agreement with UPS, the shipper may elect to pay an annual credit extension fee and thereafter receive invoices for Charges incurred by the shipper on a monthly basis with no prepayment requirement. The invoices will be payable within seven (7) days following receipt by the shipper. The credit extension fee is based upon the shipper's total annual Charges, as estimated by UPS, and is subject to change annually by UPS in its sole discretion. To be eligible for the Credit Extension Plan, the shipper must use UPS's transportation services and the Credit Extension Plan solely for business, commercial, or agricultural purposes. A shipper is not eligible for the Credit Extension Plan if the shipper uses UPS's transportation services and the Credit Extension Plan for any personal, family, or household purposes. By using the Credit Extension Plan (if made available to the shipper), the shipper represents, warrants, certifies, and agrees that it will use UPS's transportation services and the Credit Extension Plan solely for business, commercial or agricultural purposes and not for any personal, family, or household purposes. Past due balances will be subject to a late payment fee as described below in addition to any collection costs which may be incurred by UPS in the final collection of Charges owed by the shipper.

**–Weekly Payment Plan**

Each week the shipper will receive an invoice for the previous week's Charges except as described above. The invoice is due within seven (7) days of receipt. No prepayment is required under this plan.

Past due balances will be subject to a late payment fee as described below in addition to any collection costs which may be incurred by UPS in the final collection of Charges owed by the shipper.

**–Credit Card Payment Plan**

The shipper may elect to pay the previous week's Charges by credit card. The shipper will receive billing detail itemized on its card statement or a weekly invoice, except as described above, from UPS listing the previous period's Charges incurred. The shipper will provide UPS with the shipper's credit information to enable UPS to process Charges incurred by the shipper on a weekly basis.

Shipper acknowledges and agrees that there may be a delay of two or more days between the date that payments are received by UPS and the date that the payments are posted and credited to the shipper's account with UPS. If a UPS remittance advice is attached to the shipper's

payment, the payment will be credited accordingly.  If no remittance advice is attached to the shipper's payment, the payment will be credited to the shipper's account.

### 47.3   Late Payment Fee

For the Monthly Prepayment Plan, the Weekly Prepayment Plan, the Special Payment Plan, the Credit Extension Plan, and the Weekly Payment Plan, a late payment fee will be assessed if the shipper's payment is not received by UPS within fourteen (14) days of the invoice due date. Except as otherwise stated below, the late payment fee will equal six percent (6%) of the total past due balance of the shipper's invoice (including without limitation any previously assessed but unpaid late payment fees) that is fourteen (14) days past due.

In determining the late payment fee for the Monthly Prepayment Plan and the Weekly Prepayment Plan, UPS will apply the prepayment amounts on account with UPS to reduce the calculated base amount on which the late payment fee is assessed, provided that UPS will so apply the prepayment amounts to the oldest outstanding invoice first, and to each subsequent invoice thereafter, until the prepayment amounts have been fully so applied.  If an invoice 14 days past due is fully so covered by the prepayment amount, no late payment fee will apply.  If an invoice 14 days past due is partially so covered by the prepayment amount, the late payment fee will apply to the portion not so covered by the prepayment amount.

For the Special Payment Plan, a late payment fee will not be assessed if there has been a positive balance in the shipper's prepayment account with UPS at any time during the 27-day period immediately preceding the transmittal of the current invoice to the shipper.  The late payment fee for the Special Payment Plan will be assessed on the "charges this period" of the shipper's invoice (including without limitation any previously assessed but unpaid late payment fees) that is fourteen (14) days past due.

A late payment fee will be assessed only once on each invoice that is fourteen (14) days past due.  Each late payment fee will be due and payable within seven (7) days following the shipper's receipt of the invoice that first reflects the assessment of the late payment fee.  The late payment fee is in addition to any collection costs that may be incurred by UPS in the final collection of Charges owed by the shipper.  Neither the assessment nor the payment of a late payment fee will (a) affect the shipper's responsibility to pay all Charges owed, or (b) in any manner preclude UPS from exercising any of its rights or remedies hereunder or under applicable law.

## 48.   UPS Service Guarantee

UPS guarantees on-schedule delivery of shipments shipped via the following services, where available, to all 50 states and Puerto Rico:

–UPS Air Services

–UPS Hundredweight Service[®] Air Services

–UPS 3 Day Select[®]

–UPS Hundredweight Service[®] UPS 3 Day Select[®]

–UPS Ground

–UPS Ground with Freight Pricing

–UPS Hundredweight Service[®] Ground

UPS guarantees on-schedule delivery of shipments shipped via the following services, where available, and provided that customs clearance is performed by UPS Supply Chain Solutions[®] brokerage offices designated by UPS for clearing these shipments:

–UPS Worldwide Express Plus[®]

–UPS Worldwide Express NA1®

–UPS Worldwide Express®

–UPS Worldwide Express Freight™

–UPS Worldwide Saver®

–UPS Worldwide Expedited®

–UPS 3 Day Select® from Canada

–UPS Standard™

In the event UPS fails to attempt delivery within the time published on the UPS website, or as provided when 1-800-PICK-UPS® is called, UPS, at its option, will either credit or refund the transportation charges for each such shipment to the payer only, upon request, provided the conditions set forth in the UPS Service Guarantee are met.  Transportation charges do not include other fees or charges that may be assessed by UPS including, but not limited to, fuel surcharges.  This is the sole remedy available under the UPS Service Guarantee.

UPS shall not be liable for any damages whatsoever for delayed delivery, except as specifically provided for shipments made under the UPS Service Guarantee.  Under no circumstances shall UPS be liable for any special, incidental, or consequential damages including, but not limited to, damages arising from delayed delivery or failure to attempt on-schedule delivery.

UPS may cancel or suspend the UPS Service Guarantee for any service(s), and for any period of time, as determined by UPS in its sole discretion, and without prior notice.

### 48.1   Conditions

The UPS Service Guarantee is subject to the following conditions:

–UPS's guaranteed delivery schedule has been obtained by referencing UPS's website or contacting a UPS Customer Service office.  "On-time" or "on-schedule" means, subject to the terms of this UPS Service Guarantee, delivery is attempted within the UPS guaranteed delivery schedule.

–Each package and shipment is properly recorded in a UPS Shipping System.

–Each package and shipment bears the appropriate UPS tracking label and an address label, or a combined label generated by a UPS Automated Shipping System, showing the consignee's correct name, deliverable address (UPS does not provide delivery to a P.O. Box), and ZIP Code (or postal code for international shipments).  In addition, UPS reserves the right, in its sole discretion, to refuse to honor a request for a credit or refund of transportation charges for a package when that package is not accompanied by a UPS Smart Label® and/or Timely Upload of PLD or when the delivery address on any address label or combined label affixed to the package does not match the delivery address on the UPS Smart Label, bar code, or PLD for the package.

–Each package or pallet in a shipment bears a UPS Saturday Delivery routing label when optional Saturday service is requested and available.

–Each shipment is tendered to UPS during UPS's published business hours. Shipments received from or destined to certain locations may require earlier pickup times (available at the UPS website).

–UPS is notified by telephone or through UPS's online Billing Center at ups.com/billing of a service failure within fifteen (15) calendar days of the date of scheduled delivery and is advised of the consignee's name and address, date of shipment, shipment weight, and UPS tracking number.

–For UPS Worldwide Expedited[®] shipments, the guarantee shall apply only to shipments with a U.S. origin or destination and when the billed party is resident in the United States and is responsible for all shipping charges.

–For UPS Worldwide Express Freight™ shipments, the guarantee shall apply to a shipment in excess of 4400 pounds  only if the shipper obtained confirmation of eligibility for the UPS Service Guarantee, prior to tender of the shipment to UPS for service.

UPS reserves the right to refuse any request for a credit or refund when such request is either (a) made by, or (b) based on information obtained by, a party other than the payer of the shipping charges.

### 48.2   Exclusions

The UPS Service Guarantee does not apply to:

–UPS 2nd Day Air A.M.[®] packages for Residential deliveries.

–Shipments tendered pursuant to Drop Shipments, special operating plans, or customized handling or processing arrangements.

–Shipments processed using a UPS Automated Shipping System that is not located at the pickup address assigned to the UPS account number on which the shipment was made.

–UPS Ground Returns Service packages.

–Packages subject to a Large Package Surcharge or Additional Handling Fee, packages that exceed maximum size or weight limits, or to shipments containing any package or pallet subject to a Large Package Surcharge, Additional Handling Fee, Oversize Pallet Handling Surcharge, or that exceed maximum size or weight limits.

–Shipments made using a Call Tag.

–Shipments subject to a Delivery Intercept, Delivery Change Request, or a  UPS My Choice[®] request.

–Shipments that are delayed due to causes beyond UPS's control including, but not limited to: the unavailability or refusal of a person to accept delivery of the shipment, acts of God, natural disasters, war risks, acts of terrorism, acts of public authorities acting with actual or apparent authority, acts or omissions of customs or similar authorities, authority of law, insufficient information provided by a customer, Hazardous Materials packages improperly offered for transport, the application of security regulations imposed by the government, or otherwise applicable to the shipment, riots, strikes or other labor disputes, civil unrest, disruptions in national or local air or ground transportation networks (including, but not limited to, UPS's transportation network), disruption or failure of communication and information systems, and adverse weather conditions.

–International shipments for which the shipper has selected the Receiver or Third Party as the payer of any applicable duties and taxes and delivery is delayed until payment arrangements are made.

–UPS Import Control[®] shipments for which the shipper has selected commercial invoice removal.

–UPS Ground shipments or UPS Standard™ shipments that are picked up or scheduled to be delivered during the fourteen calendar days before December 25.

## 49.    Claims and Legal Actions

Claims against UPS must be filed within strict time limits, including as set forth in Section 47.1 ("Invoice Adjustment") regarding invoice adjustments or billing disputes; Section 49.3 ("Time Limit For Filing Claims For Loss Or Damage To Property") regarding claims for loss or damage to property; and pursuant to the UPS Service Guarantee.

All claims against UPS arising from or related to the provision of services by UPS, including, but not limited to, demands for damages, refunds, credits, and any legal or equitable relief whatsoever, shall be extinguished unless the shipper or claimant (1) timely and completely complies with all applicable notice and claims periods set forth in the Terms and in the Service Guide, including as to claims for loss or damage to property, claims under UPS's Service Guarantee, or claims for invoice adjustments; and (2) pleads on the face of any complaint filed against UPS satisfaction and compliance with those notice and claims periods as a contractual condition precedent to recovery.

Claimants may not deduct the amounts of pending claims from any charges owed to UPS, and the shipper waives any and all rights, including any statutory or common law rights, to set off the amount of any claim against charges owed to UPS.

### 49.1    Filing of Claims for Loss or Damage to Property

All claims for loss of or damage to property transported or accepted for transportation must:  (1) be in writing (or an electronic communication) and must include reference to the Source Document or pickup record number and date of shipment or copies of other documents sufficient to identify the shipment involved, and the declared value; (2) assert the liability of UPS for alleged loss or damage; (3) make claim for payment of a specified or determinable amount of money; and (4) be accompanied by a copy of the original invoice or, if no invoice was issued, other proof, certified to in writing, as to the purchase price paid by the consignee (where the property involved has been sold to the consignee), actual cost or replacement cost of the property, or extent of the damage to the property.

A request for proof of delivery does not constitute the filing of a claim.

No claims will be voluntarily paid unless filed in writing or transmitted electronically by or on behalf of the shipper in accordance with these provisions.

### 49.2    Acknowledgment of Claims for Loss or Damage to Property

After receiving a proper written or electronic transmission of a claim in the manner and form and with the supporting documents described in Section 49.1 ("Filing of Claims for Loss or Damage to Property") and Section 49.4 ("Investigation of Claims for Loss or Damage to Property") herein, UPS or its designee will acknowledge the receipt of such claim in writing or electronically to the claimant within 30 days after the date of receipt, unless such claim has already been paid or denied in writing or electronically.  UPS will at the time each claim is received create a separate file and assign thereto a successive claim file number and note that number on all documents filed in support of the claim and all records and correspondence with respect to the claim, including the written acknowledgment of receipt and, if in its possession, the Source Document and delivery receipts, if any, covering the shipment involved.  At the time such claim is received, UPS will cause the date of receipt to be recorded on the face of the claim document, and the date of receipt will also appear on the acknowledgment of receipt sent to the claimant.

### 49.3    Time Limit for Filing Claims for Loss or Damage to Property

As a condition precedent to recovery, all claims for loss or damage to property must be filed in writing or electronically with UPS within the following time limits:

–For domestic shipments, claims must be filed within nine months after delivery of the package or, in case of failure to make delivery, within nine months after a reasonable time for delivery has elapsed.

–For international shipments, claims must be filed within sixty days after delivery of the package or pallet or, in the case of non-delivery, within sixty days after a reasonable time for delivery has elapsed.

-Suits shall be instituted within two years after denial of any portion of the claim.  Where claims are not filed or suits are not instituted thereon in accordance with the foregoing provisions, such claims shall be deemed waived and will not be paid.

### 49.4   Investigation of Claims for Loss or Damage to Property

–**Prompt Investigation**. Each claim for loss or damage to a package or shipment filed in the manner prescribed herein will be promptly and thoroughly investigated, if investigation has not already been made prior to receipt of the claim.

–**Supporting Documents**. Each claim must be supported by the following: (1) evidence of payment of the shipping and any declared value charges; and (2) either the original invoice or, a photocopy, exact copy, or extract of, the original invoice, a certification of prices or costs, with trade or other discounts, allowance, or deductions of any nature whatsoever and the terms thereof, or depreciation reflected thereon.  Where the property involved in a claim has not been invoiced to the consignee shown on the bill of lading or receipt, where an invoice does not show price or cost, where the property involved has not been sold, or where the property has been transferred at bookkeeping values only, UPS will, before paying a claim, require the claimant to establish the value in the quantity shipped, transported, or involved.  UPS reserves the right to request the original shipping record or Source Document.

For an asserted claim of $1000 or more for a package shipped as a result of a request for service made through the internet, the shipper must provide a copy of the signed receipt obtained from UPS at the time of tender to support the claim.

For an asserted claim of $1000 or more for an international UPS Returns® or a UPS Import Control® package or pallet, the signed UPS high-value shipment summary applicable to the shipment must be submitted in support of the claim.

By filing a claim and supporting documents to UPS, the claimant certifies that the claim, amount of claim, and supporting documents are true and correct.

–**Original Packaging Materials**. In the event that a claim is made for damage to a shipment, the original packaging materials must be made available to UPS or its designee for inspection.

–**Verification of Loss**. When an asserted claim for loss of an entire package or pallet or an entire shipment cannot be otherwise authenticated upon investigation, UPS will obtain from the consignee of the shipment involved a certified statement in writing that the property for which the claim is filed has not been received from UPS or from any other source.  UPS reserves the right to require verification by the filing of a police report and providing a copy of the filed report to UPS in support of the claim.

### 49.5   Salvage

When UPS pays the actual cost, the purchase price, or the replacement cost of the property, all rights, title to, and interest in the property shall thereupon pass to UPS, and UPS reserves the right to obtain the property for salvage.  Payment of a claim in such circumstances shall be contingent on UPS's receipt of the damaged property in the same condition as on the date the damage was incurred.

### 49.6   Disposition of Claims for Loss or Damage to Property

UPS or its designee, after receiving a written claim for property transported, will pay, decline, or make a firm compromise settlement offer in writing to the claimant within 120 days after UPS receives the claim; provided, however, that if the claim cannot be processed and disposed of within 120 days after receipt, UPS or its designee will at that time and at the expiration of each succeeding 60-day period while the claim remains pending, advise the claimant in writing of the status of the claim and the reason for the delay in making final disposition thereof and shall retain a copy of such notice to the claimant in its claim file.

No claim for loss or damage shall be paid unless a valid claim has been filed in accordance with terms set forth herein (in Section 49.1, "Filing of Claims for Loss or Damage to Property," Section 49.3, "Time Limit for Filing Claims for Loss or Damage to Property" and Section 49.4, "Investigation of Claims for Loss or Damage to Property").  UPS reserves the right to refuse to pay any claim for loss or damage to property until all outstanding charges owing to UPS have been paid in full.

## 50.   Responsibility for Loss or Damage

UPS's liability for loss or damage to each UPS domestic package or international shipment, or to each pallet in a UPS Worldwide Express Freight™ shipment, is limited to a value of $100, except as set forth below.  Unless a greater value is recorded in the declared value field of the UPS Source Document or the UPS Automated Shipping System used, the shipper agrees that the released value of each domestic package or international shipment, or pallet is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation, and that UPS shall not be liable for more than $100 for each domestic package or international shipment or pallet.

To increase UPS's limit of liability for loss or damage above $100, the shipper must declare a value in excess of $100 for each package or pallet in the declared value field of the UPS Source Document or the UPS Automated Shipping System used and pay an additional charge.  The shipper cannot declare a value in excess of the maximum allowable limits set forth below.  UPS shall not be liable under any circumstances for an amount in excess of the declared value of a domestic package or international shipment, or pallet.  When a shipper declares a value in excess of $100, it does not receive any form of insurance.  Shippers desiring cargo insurance, all risk insurance, or another form of insurance should purchase such insurance from a third party.

The rules relating to liability established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, Poland, on October 12, 1929, that convention as amended, or the Convention for the Unification of Certain Rules for International Carriage by Air (Montreal, 28 May 1999), shall apply to the international carriage of any shipment insofar as the same is governed thereby.  There are no stopping places which are agreed upon at the time of tender of the shipment, and UPS reserves the right to route the shipment in any way UPS deems appropriate.

### 50.1   Maximum Declared Values

The maximum declared value is $50,000 per package and $100,000 per pallet, except for the following for which the maximum declared value may not exceed:

–$5,000 per package for a package shipped as a result of a request for service made through the internet;

–$500 per package for a package shipped via a UPS Drop Box;

–$1000 per package for a package shipped via a Third-Party Retailer if such package was previously manifested in a UPS Shipping System, prior to drop off at the Third-Party Retailer or billed using Bill My Account;

–$500 per package or pallet for international shipments containing jewelry (not including costume jewelry);

–$1000 per package for domestic packages returned via UPS Print Return Label, UPS Print and Mail Return Label, Electronic Return Label, or 1 UPS Pickup Attempt Return Services, (including via UPS Returns® on the Web), and UPS Returns® Flexible Access;

–$1000 per package or pallet for international shipments returned via UPS Print Return Label, UPS Print and Mail Return Label, Electronic Return Label, 1 UPS Pickup Attempt, or 3 UPS Pickup Attempt Return Services (including via UPS Returns on the Web) unless a UPS high-value shipment summary is obtained by the shipper or person tendering the package or pallet and signed by the driver upon tender of the shipment;

–$1000 per package or pallet for international UPS Import Control® shipments unless a UPS high-value shipment summary is obtained by the shipper or person tendering the package or pallet and signed by the driver upon tender of the shipment;

–$1000 per package for packages shipped by a Third-Party Retailer if no high-value control log was provided to UPS on tender of the package;

–$999 per package for packages shipped via Shipper Release service;

Shippers cannot declare a value for UPS Prepaid Letters.

Declaring a value in the declared value field of the UPS Source Document or UPS Automated Shipping System used does not increase UPS's limitations of liability for, and shippers may not declare a value for, damages related to providing or failure to provide C.O.D. service, including, but not limited to: failure to collect the C.O.D. amount; failure to collect the specified form of payment; collection of an instrument in the wrong amount; failure or delay in delivering the collected instrument to the shipper; or collection of forged, insufficient funds, or otherwise invalid instruments.

Any declared value in excess of the maximums allowed in the applicable Terms or Service Guide is null and void.  Acceptance for carriage of any package or shipment bearing a declared value in excess of the allowed maximums does not constitute a waiver of any provisions of the Terms or Service Guide limiting UPS's liability or responsibility for any such package or shipment.

### 50.2   Liability Limits

UPS's maximum liability for loss or damage to each UPS domestic package or international shipment, or to each pallet in a UPS Worldwide Express Freight™ shipment, shall not exceed the lesser of:

–$100, when no value in excess of $100 is declared on the Source Document or UPS Automated Shipping System used (or when a value in excess of $100 is declared, but the applicable declared value charges are not paid);

–the declared value on the Source Document or UPS Automated Shipping System used when a value in excess of $100 is declared and the applicable declared value charges paid;

–the purchase price paid by the consignee (where the shipped property has been sold to the consignee);

–the actual cost of the damaged or lost property;

–the replacement cost of the property at the time and place of loss or damage; or

–the cost of repairing the damaged property.

UPS's liability for shipments containing the following commodities shall be limited as follows:

37

–**Checks.** UPS's liability for a shipment containing a check or checks is limited to the cost of stopping payment on and reissuing the check(s), not to exceed $100 per package or pallet.  In no event shall UPS be liable for the face value of the check(s).

–**Phone Cards, Tickets, Gift Cards, and similar.** UPS's liability for a shipment containing a phone card, ticket (such as event or airline ticket), gift certificate, gift card, coupon, or other similar printed matter with an exchange value is limited to the cost (which shall not include any amount of the value attached to the card, certificate, or coupon, or similar printed matter) of replacing the physical card(s), certificate(s), or printed matter, not to exceed $100 per package or per pallet.  In no event shall UPS be liable for the face value of any phone card, ticket, gift certificate, gift card, coupon, or similar printed matter.

–**Media.** UPS's liability for a shipment containing documents, film, photographs (including negatives), slides, transparencies, videotapes, compact discs, laser discs, computer tapes, and media of similar nature is limited to the replacement cost of the media on which the content is recorded.

–**Pairs, Parts.** In the event of loss of or damage to a pair or set of articles, UPS's liability is limited to the value of that part of the pair or set which is lost or damaged, and UPS shall not be liable for the value of the whole pair or set.  In the event of loss of or damage to any part of property (including any part of a machine) which, when complete for sale or use, consists of several parts, UPS shall be liable only for the value of the part lost or damaged, not to exceed the declared value of the part lost or damaged.  In no event shall UPS be liable for the value of the complete item.

In the event of partial loss or damage to a pallet in UPS Worldwide Express Freight™ service, UPS shall be liable only for the value of the contents of the pallet lost or damaged, and not the value of the full pallet.

### 50.3   Exclusions from Liability

UPS shall not be liable or responsible for:

–loss or damage to articles of unusual value (as defined in these Terms);

–loss or damage to Prepaid Letters;

–loss or damage resulting from insects, moths, vermin, inherent vice, deterioration, dampness of atmosphere, extreme of temperature, ordinary wear and tear, or that which occurred or arose prior to or after the course of transportation by UPS;

–loss or damage resulting from improper, inadequate or unsafe packaging or wrapping that fails to meet UPS's published standards related thereto set forth in the Terms or at ups.com;

–loss or damage to Perishable Commodities to the extent the loss or damage results from exposure to heat or cold or the perishable nature of the item;

–loss or damage to human remains, fetal remains, human body parts, or components thereof;

–loss or damage to fluorescent tubes or bulbs;

–loss of, damage to, or irretrievability of data stored on any type of media, or of information including without limitation personal, health or financial information;

–loss or damage due to acts of God, natural disasters, war risks, acts of terrorism, nuclear damage, acts of public authorities acting with actual or apparent authority, acts or omissions of customs or similar authorities, authority of law, the application of security regulations imposed by the government or otherwise applicable to the shipment, riots, strikes or other labor disputes, civil unrest, disruptions in national or local air or ground transportation networks (including, but not

limited to, UPS's transportation network), disruption or failure of communication and information systems, or adverse weather conditions;

–loss or damage to any package or shipment for which UPS has no scan or other record reflecting that the package or shipment was tendered to UPS by the shipper; or

–loss or damage to any shipment containing articles that shippers are prohibited from shipping, that UPS does not or is not authorized to accept for transportation, that UPS states that it will not accept, or that UPS has a right to refuse.

UPS shall not be liable for any loss or damage arising from providing service to, or on behalf of, a person or entity that obtains such services, including the delivery of property, by trick, false pretense, or other fraudulent scheme.

UPS shall not be liable for any damages arising from UPS's inability, failure, or refusal to comply with a request to stop, return, or re-route shipment of a package after tender to UPS.

UPS shall not be liable for any interruption of service due to causes beyond UPS's control including, but not limited to: the unavailability or refusal of a person to accept delivery of the shipment, acts of God, natural disasters, war risks, acts of terrorism, acts of public authorities acting with actual or apparent authority, acts or omissions of customs or similar authorities, authority of law, insufficient information provided by a customer, Hazardous Materials packages improperly offered for transport, the application of security regulations imposed by the government or otherwise applicable to the shipment, riots, a government agency hold, strikes or other labor disputes, civil unrest, disruptions of any kind in national or local air or ground transportation networks (including, but not limited to, UPS's transportation network), disruption or failure of communication and information systems, and adverse weather conditions.

UNDER NO CIRCUMSTANCES SHALL UPS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES INCLUDING, BUT NOT LIMITED TO, DAMAGES ARISING FROM LOSS, MISDELIVERY OF, OR DAMAGE TO PROPERTY, DELAYED DELIVERY, OR FAILURE TO ATTEMPT DELIVERY IN ACCORDANCE WITH THE UPS SERVICE GUARANTEE, WHETHER OR NOT UPS HAD KNOWLEDGE SUCH DAMAGES MIGHT BE INCURRED.  UNDER NO CIRCUMSTANCES SHALL UPS BE LIABLE FOR ANY DAMAGES WHATSOEVER FOR DELAYED DELIVERY, EXCEPT AS SPECIFICALLY PROVIDED FOR SHIPMENTS MADE UNDER THE UPS SERVICE GUARANTEE.

Acceptance for carriage of any shipment containing articles that shippers are prohibited from shipping, that UPS does not or is not authorized to accept for transportation, that UPS states it will not accept, or that UPS has a right to refuse, does not constitute a waiver of any provisions of the Terms or Service Guide limiting UPS's liability or responsibility for any such package or shipment.

## 51.    Shipper Indemnification

The shipper agrees to indemnify, defend, and hold harmless UPS, its parent corporation, and affiliated companies, their officers, directors, employees, agents, and their successors and assigns, from all claims, demands, expenses, liabilities, causes of action, enforcement procedures, and suits of any kind or nature brought by a governmental agency, or any other person or entity, arising from or relating to the shipper's noncompliance with governmental laws or regulations applicable to the shipment or UPS requirements applicable to the shipment, from shipper's tendering any prohibited item for shipment, or from shipper's failure to comply with the Terms.

## 52.    Data Protection

The shipper agrees that UPS and other companies in the UPS group of companies worldwide, including companies in countries that may not have the same level of data protection as the

country where the shipment is tendered for service, may use any data provided by the shipper to UPS for the purposes set forth in and subject to the UPS Privacy Notice published on UPS's website at  http://www.ups.com/content/us/en/resources/ship/terms/privacy.html, which is incorporated here by this reference.  The shipper has certain rights under the law (exercisable by contacting UPS) to have access to, rectify, object to the use for direct marketing of, or delete personal data held by UPS about it.

**53.    Incorporation of Terms; Waiver; Future Changes**

All shipments are subject to the terms and conditions contained in the Terms.

UPS may engage subcontractors to perform transportation and incidental services.  UPS contracts on its own behalf and on behalf of its servants, agents, and subcontractors, each of whom shall have the benefit of these Terms.  No such party has authority to waive or vary these Terms.

The effective Service Guide, and any modifications or amendments of them, are hereby incorporated by reference in these Terms.  In the event of a conflict or inconsistency between the Terms and the effective Service Guide, the Terms shall control. The Terms and the UPS Source Document for each shipment together comprise the complete and exclusive agreement of the parties, except as modified by any existing or future written agreement between the parties, and may not be contradicted or modified by any oral agreement.

UPS reserves the right to unilaterally modify or amend any portion of the Service Guide or the Terms at any time without prior notice.

Any failure to enforce or apply a term or provision of the Service Guide or the Terms shall not constitute a waiver of that term or provision by UPS, and shall not diminish or impair UPS's right to enforce such term or provision in the future.  If one or more provisions of the Terms shall be held to be invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not be so affected or impaired.

# EXHIBIT B

## Domestic
# Value-Added Services

The following value-added services are available for the UPS domestic services highlighted in the Description column.

| Available Options | Description | Fee |
|---|---|---|
| Certificate of Origin | **Air Freight**<br>– Can be prepared by UPS on behalf of the shipper for goods manufactured and originating within the U.S.<br>– Shipments from the U.S. to Canada and Puerto Rico. | $25.00 |
| For All Collect on Delivery (C.O.D.) Services | **Package**<br>– UPS will attempt to collect the amount shown on C.O.D. tag or package label, then send payment to you. If payment cannot be collected after three attempts, the package will be returned.<br>– C.O.D. service is available for packages shipped throughout the U.S. and Puerto Rico.<br>– Business or personal checks are accepted as payment. Currency is not accepted for payment.<br>– C.O.D. service is not available when using a UPS 3 Day Select® or UPS Ground shipping document.<br><br>**Less-Than-Truckload**<br>– C.O.D. is accepted on your behalf when requested. | **Package**<br>$11.00<br><br><br><br><br>**Less-Than-Truckload**<br>6% of C.O.D. amount with a minimum charge of $95.00 and maximum charge of $5,400.00 |
| UPS C.O.D. | **Package**<br>To request a C.O.D. electronically:<br>– Service is available by using WorldShip®, UPS Internet Shipping, UPS CampusShip®, the UPS Developer Kit or a UPS Ready® solution.<br>– The shipping system will produce a barcoded address label that contains all C.O.D. information.<br>To request a C.O.D. using a manual tag:<br>– Type or print an address label and attach it to the top of the package.<br>– Complete the UPS C.O.D. tag per the instructions on the tag and specify the exact amount due.<br>– Attach C.O.D. tag to each package requiring collection, covering the address label.<br>– Retain the "Shipper Receipt" portion for your records. | $11.00 |
| C.O.D. Direct®* | **Package**<br>– Receive C.O.D. payments generally within six business days of package delivery.<br>– Direct transfer of funds into your designated accounts; timely alert of non-sufficient funds.<br>– Receive daily reports of payments received, net deposits to accounts and total returned items.<br>– Must have minimum annual 50 C.O.D. tags to qualify.<br>– No additional fee beyond the C.O.D. tag rate. Please contact your account representative for more details. | Contractual service |
| C.O.D. Automatic®* | **Package**<br>– Receive advanced C.O.D. funds in as few as two days.<br>– Direct transfer of funds into your designated accounts; timely alert of non-sufficient funds.<br>– Online access to statement history, check images and downloadable transaction details.<br>– Must have minimum annual C.O.D. remittances of $30,000.00 to qualify. | Contractual service |
| Delayed Deposit for C.O.D. Direct and C.O.D. Automatic* | **Package** (additional feature of C.O.D. Direct and C.O.D. Automatic)<br>– Eliminates manual handling of checks held for delayed deposits by electronically scheduling future deposits directly into your designated accounts; includes online, self-service capabilities. | Contractual service |
| C.O.D. Secure®* | **Package**<br>– Receive all the benefits of C.O.D. Automatic, along with protection for returned C.O.D. checks up to a specified limit.<br>– Must have minimum annual C.O.D. remittances of $50,000.00 and at least 50 C.O.D. tags to qualify. | Contractual service |
| Dangerous Goods | **Air Freight**<br>– Dangerous Goods can be shipped via UPS Next Day Air® Freight NGS only.<br>– Non-conforming freight may be subject to service delays. | $61.20 |
| Declared Value for Carriage | **Package**<br>– UPS's liability for loss or damage to a shipment is limited to $100.00 without a declaration of value.<br>– The maximum declared value is $50,000.00 per package. UPS's liability for loss or damage can be increased up to $50,000.00 (subject to terms and conditions) by making a declaration of value for an additional charge.<br><br><br>– Declared Value charges for freight collect and third-party shipments may be billed to your shipper account.<br>– Refer to ups.com/terms for more information. | **Package**<br>– $0.00–$100.00 $0.00<br>– $100.01–$50,000.00 for each $100.00 (or portion of $100.00) of the total value declared $0.85<br>– Minimum $2.55 |

*Visit upscapital.com/cod or call 1-877-263-8772 for more information.*

Notes:

– Fuel surcharges apply to value-added services and other charges associated with pickup, transport and delivery. For current fuel surcharges, where applicable, visit ups.com for package, ups-scs.com/surcharges for Air Freight and ltl.upsfreight.com for UPS Freight®.

– Value-added services may vary for UPS Express Critical®. Visit upsexpresscritical.com for more information.

# Domestic

# Value-Added Services

The following value-added services are available for the UPS domestic services highlighted in the Description column.

| Available Options | Description | Fee |
|---|---|---|
| **Declared Value for Carriage** *(continued)* | **Air Freight** <br> – UPS's liability for all losses is limited to $50.00 per shipment or $0.50 per pound, whichever is greater. <br> – Shipper may declare a value in excess of these limits, subject to maximum allowable values for an additional charge. <br> – For more information, refer to the "UPS Air Freight Terms and Conditions of Contract for UPS Air Freight Services in the United States, Canada and International" at ups-scs.com/terms. | **Air Freight** <br> – $0.85 per $100.00 of Declared Value: minimum of $16.70 |
| | **Less-Than-Truckload** <br> – UPS's liability for losses is limited to the lesser of: (1) the actual invoice value of the commodities lost, damaged, or destroyed; (2) the amount determined from the applicable limited liability provisions of the National Motor Freight Classification (NMFC); (3) the limits provided by contract, if applicable; or (4) the UPS Freight® 102 Series Tariff. <br> – Shipper may declare a value in excess of these limits, subject to maximum allowable values for an additional charge. <br> – For more information, refer to the UPS Freight 102 Series Tariff at upsfreight.com/tariff Item 166. | **Less-Than-Truckload** <br> – 3% of the amount of excess liability requested, subject to a minimum charge of $65.00 per shipment |
| **Delivery Change Options** | **Package** <br> **UPS Delivery Intercept®:** <br> – As a shipper, and after you tender your packages to UPS, you can request that UPS return the package to you, reroute the package to a new address, have the package held for pickup or have the package delivered on a future date. When the package is tracked, the status of the intercept will be displayed. <br> – Shippers can request a UPS Delivery Intercept through the Shipping History within WorldShip® 9.0 or higher, UPS CampusShip®, UPS Internet Shipping, Quantum View Manage® or UPS tracking on ups.com®. A UPS Delivery Intercept can also be requested by calling 1-800-PICK-UPS®. <br> **Delivery Change Request:** <br> – After the first delivery attempt has occurred, consignees may request a Delivery Change Request to change a package's delivery location or time, have the package held for pickup or request the package to be returned to the sender. The consignee submits the request by using the Tracking application on ups.com, or by calling 1-800-PICK-UPS. A UPS InfoNotice® number is required to change the destination delivery address. | UPS Delivery Intercept: <br> – $12.00 per package for web requests <br> – $17.00 per package for phone requests <br> – No charge for Will Call <br> Delivery Change Request: <br> – $5.00 per package for web requests <br> – $6.00 per package for phone requests <br> – No charge for Return to Sender and Will Call <br> Additional transportation fees may apply. Refer to ups.com/terms for more information. |
| For All Delivery Confirmation Services | **Package** <br> – Confirmation of delivery is made available online or by mail. <br> – Service is available by using WorldShip, UPS Internet Shipping, UPS CampusShip, UPS Mobile™, the UPS Developer Kit or a UPS Ready® solution meeting the most current specifications set forth in the *UPS Guide to Labeling*. <br> – Refer to ups.com/terms for more information. | |
| **UPS Delivery Confirmation** | – Confirmation of delivery, without a signature, can be mailed or viewed online. | $2.00 |
| **Signature Required** | – UPS will obtain a signature on delivery, and include it with the delivery confirmation information. (UPS may obtain, at its discretion, an electronic acknowledgment of receipt from the recipient when this option is selected.) | $3.75 |
| **Adult Signature Required** | – UPS will obtain the signature of an adult age 21 or older on delivery, and include it with the delivery confirmation information. | $4.75 |
| **Hold for Pickup** | **Package** <br> – UPS will deliver the package to a selected UPS Customer Center and call the recipient for pickup, usually by 8:30 a.m. on the scheduled day of delivery. <br> – Recipient will be required to present a government-issued photo ID. <br> – If a recipient's representative is picking up the package, a letter on company letterhead authorizing release or a company ID may be required. <br> – Packages not picked up within five business days will be returned to the shipper. <br> – Hold for Pickup service is not available for Saturday Delivery. <br> – For each package, customers must prepare a label including the words "Hold for Pickup," the recipient's name and telephone number and the full address of the UPS Customer Center. <br> – Apply a UPS Hold for Pickup label above the address label on the package. <br> – Select "Order Supplies" from the left side of the ups.com homepage or call 1-800-PICK-UPS to order Hold for Pickup labels. <br> – Visit ups.com or call 1-800-PICK-UPS for the most convenient UPS Hold for Pickup location. | No charge |

**Notes:**
– Fuel surcharges apply to value-added services and other charges associated with pickup, transport and delivery. For current fuel surcharges, where applicable, visit ups.com for package, ups-scs.com/surcharges for Air Freight and ltl.upsfreight.com for UPS Freight.
– Value-added services may vary for UPS Express Critical®. Visit upsexpresscritical.com for more information.

# Domestic
# Value-Added Services

The following value-added services are available for the UPS domestic services highlighted in the Description column.

| Available Options | Description | Fee |
|---|---|---|
| **Hold at Destination Airport for Pickup (HAPU)** | **Air Freight**<br>– Freight is to be held at the carrier's destination location for pickup by the recipient.<br>– HAPU requires a consignee name and phone number.<br>– All services will be billed door-to-door. | No charge |
| **Proof of Delivery** (P.O.D.) | **Package**<br>– Proof of Delivery of a shipment via e-mail, fax or mail is subject to a charge which will be assessed to the shipper. | $3.00 |
| Saturday Delivery | **Package**<br>– For time-critical shipments, UPS offers the convenience of Saturday Delivery.<br>– Available with UPS Next Day Air® Early A.M.®, UPS Next Day Air® and UPS 2nd Day Air® Services, and with UPS Returns® Services.<br>– Not available with UPS Next Day Air Saver®, UPS 2nd Day Air A.M.® or UPS 3 Day Select® Services.<br>– UPS Next Day Air Early A.M. shipments are guaranteed one hour later than the guaranteed weekday delivery time to most UPS Next Day Air Early A.M. destinations.<br>– UPS Next Day Air shipments are guaranteed an hour and a half later than the guaranteed weekday delivery time to destinations where the weekday guaranteed delivery time is either 10:30 a.m. or 12:00 p.m.*<br>– UPS 2nd Day Air shipments are guaranteed by end of day to destinations where UPS Next Day Air is committed by 10:30 a.m. or 12:00 p.m.*<br>– Each Express Envelope or package must bear a Saturday Delivery routing label.<br>– Service fees are billed to the payer of the transportation charges.<br>– A Saturday Delivery fee applies to UPS Hundredweight Service® for UPS Next Day Air and UPS 2nd Day Air shipments delivered on Saturday. For Saturday Delivery, each UPS Hundredweight Service package must bear a Saturday Delivery routing label.<br>– Refer to ups.com® or call 1-800-PICK-UPS® for delivery areas. | **Package**<br>$15.00 |
| | **Air Freight**<br>– Saturday Delivery may be selected by the shipper for UPS Next Day Air® Freight and UPS Next Day Air® Freight NGS where available.<br>– Shipments delivered on Saturday must be picked up on Friday. | **Air Freight**<br>$24.50 per 100 lbs.:<br>– $3.40 minimum in U.S. and Canada<br>– $55.60 minimum in Puerto Rico |
| Saturday, Sunday or Holiday Delivery | **Less-Than-Truckload**<br>– Delivery service is available on non-business days such as Saturdays, Sundays and holidays upon request. | **Less-Than-Truckload**<br>$190.50 per person, per hour with $450.00 minimum charge |
| Saturday Pickup | **Package**<br>– Available with UPS Next Day Air Early A.M., UPS Next Day Air, UPS Next Day Air Saver, UPS 2nd Day Air A.M. and UPS 2nd Day Air.<br>– Includes packages tendered to UPS on Saturday, including packages dropped off at retail locations.<br>– If a Saturday Pickup is scheduled but nothing is shipped, the service fee will be assessed.<br>– Additional pickup fees will apply for UPS On-Call Pickup®. | **Package**<br>$15.00 |
| | **Air Freight**<br>– Saturday Pickup may be selected by the shipper for UPS Next Day Air Freight and UPS Next Day Air Freight NGS where available. | **Air Freight**<br>$24.50 per 100 lbs.:<br>– $3.40 minimum in U.S. and Canada<br>– $55.60 minimum in Puerto Rico |
| Saturday, Sunday or Holiday Pickup | **Less-Than-Truckload**<br>– Pickup service is available on non-business days such as Saturdays, Sundays and holidays upon request. | **Less-Than-Truckload**<br>$190.50 per person, per hour with $450.00 minimum charge |

*Saturday Delivery may vary based on location. Refer to ups.com for more information.*

**Notes:**
– Fuel surcharges apply to value-added services and other charges associated with pickup, transport and delivery. For current fuel surcharges, where applicable, visit ups.com for package, ups-scs.com/surcharges for Air Freight and ltl.upsfreight.com for UPS Freight®.
– Value-added services may vary for UPS Express Critical®. Visit upsexpresscritical.com for more information.

## Domestic

# Value-Added Services

The following value-added services are available for the UPS domestic services highlighted in the Description column.

| Available Options | Description | Fee |
|---|---|---|
| Scheduled Pickup Options | **Package**<br>– UPS offers the greatest number of reliable and convenient pickup options for your package shipments.<br>– UPS uses innovative technology and efficiency to operate an environmentally responsible transportation network.<br>– One UPS driver will pick up all of your packages – Air, International and Ground Services. That can mean a lower carbon footprint for UPS and you.<br>– To adjust your pickup preferences, or for more information, log in at ups.com®. | |
| 🍃 UPS Smart Pickup®*† | – UPS uses innovative technology to automatically arrange a pickup only when you have packages to ship.<br>– When you process a shipment using WorldShip® 2010 or higher, UPS Internet Shipping or UPS CampusShip®, the system automatically notifies a UPS driver to make a UPS Smart Pickup that same day.<br>– This option is best for customers who may not always ship a package every day but still want the convenience of an automatic Scheduled Pickup.<br>– Having UPS come to your business only when you have a package to ship saves fuel and can reduce carbon emissions. | $10.00<br>Flat charge per week regardless of weekly billing |
| Daily Pickup* | – A UPS driver automatically stops at your location once each business day, as scheduled.<br>– This option is best for customers who ship every day and want the convenience of an automatic Scheduled Pickup. | Weekly Billing Total:<br>– $0.00-$74.99                $22.00<br>– $75.00 or more           $11.00 |
| Daily On-Route Pickup† | – A UPS driver makes a pickup at your location once each business day while making deliveries in your area, even if there are no packages delivered.<br>– This option provides the convenience of automatic Scheduled Pickup while saving fuel and reducing carbon emissions from extra trips. | Weekly Billing Total:<br>– $0.00-$74.99                $20.00<br>– $75.00 or more           $10.00 |
| 🍃 Day-Specific Pickup*† | – A UPS driver automatically stops at your location on days you decide are best for your business.<br>– Select which days of the week, Monday through Friday, you would like UPS to make Scheduled Pickups.<br>– This option is best for customers who ship on specific days.<br>– The weekly service fee will vary based on the number of pickup days selected. | Weekly Billing Total:<br>           1-2 days 3 days 4 days<br>– $0.00-$74.99   $10.00  $15.00 $20.00<br>– $75.00 or more  $10.00  $10.00 $10.00 |
| 🍃 UPS carbon neutral | **Package**<br>– UPS calculates the $CO_2$ emissions associated with the transport of your shipment and purchases carbon offsets to balance out the $CO_2$ impact.<br>– Available to shippers using WorldShip, UPS Internet Shipping, UPS CampusShip, the UPS Developer Kit or an approved UPS Ready solution.<br>– When you select this option through a UPS authorized shipping system, the shipping label will include a carbon neutral indicator. Your recipient will also receive UPS carbon neutral branded correspondence if you select e-mail notifications. | – UPS Air Services and UPS 3 Day Select®:<br>  $0.20<br>– UPS Ground:<br>  $0.05 |

*Customers who select this Scheduled Pickup option receive one UPS On-Call Pickup® of air or international packages per day at no extra charge for shipments tendered after their Scheduled Pickup time. (For Day-Specific Pickup, the total number of free UPS On-Call Pickups for the week will not exceed the number of selected pickup days.)

†Visit ups.com/pickupoptions to learn more.

**Notes:**

– Fuel surcharges apply to value-added services and other charges associated with pickup, transport and delivery. For current fuel surcharges, where applicable, visit ups.com for package, ups-scs.com/surcharges for Air Freight and ltl.upsfreight.com for UPS Freight®.

– Value-added services may vary for UPS Express Critical®. Visit upsexpresscritical.com for more information.

🍃 *These options help you take action in reducing the climate impact associated with the transportation of your shipments.*

**DAILY/STANDARD LIST RATES**

## Domestic
# Value-Added Services

The following value-added services are available for the UPS domestic services highlighted in the Description column.

| Available Options | Description | Fee |
|---|---|---|
| UPS My Choice® | **Package**<br>UPS My Choice helps shippers to:<br>– Ensure delivery on the first attempt    – Maintain superior customer service<br>– Reduce tracking calls and returns    – Improve online purchasing experience<br>– With two levels of membership, UPS My Choice provides recipients with online and mobile access to flexible delivery options to manage their home deliveries. | |
| UPS My Choice Member | – Proactive alerts via text, phone or e-mail the day before a delivery, the morning of delivery, and/or Confirmation of Delivery.<br>– Recipients may give authorization online for UPS to deliver packages without a signature.<br>– Hold for Will Call at a UPS Customer Center.<br>– UPS will provide delivery information, typically a four-hour approximate delivery time.<br>Service upgrades:<br>– Reroute or reschedule delivery:<br>  • Deliver to a UPS Retail Location*: Have packages delivered to a location of The UPS Store®.<br>  • Reschedule Delivery: Have packages delivered on a different day.<br>  • Deliver to Another Address: Reroute* delivery to another address.<br>  • Set a vacation and have all packages delivered to a location of The UPS Store or delivered on one of the three business days after the vacation ends.<br>– Upgrade UPS SurePost®** to UPS Ground. | Free<br><br><br><br><br><br><br>$5.00 per package<br><br><br><br><br><br>$3.50 per package |
| UPS My Choice Premium Member | – Includes same features as a UPS My Choice Member, with unlimited rerouting and rescheduling. Annual fee does not include service upgrades.<br>– Provides an online Delivery Planner to help manage and track recipients' home deliveries.<br>– Ability to designate where the driver should leave packages (e.g., porch).<br>– Leave a package with a neighbor (someone within sight of the original delivery address).<br>Service upgrades:<br>– Reroute and reschedule delivery options.<br>– Confirmed Delivery Window: Select a two-hour confirmed delivery window.<br>– Upgrade UPS SurePost** to UPS Ground. | $40.00 annual fee<br><br><br><br><br><br><br>– Free, Unlimited<br>– $5.00 per package<br>– $3.50 per package |
| UPS On-Call Pickup® | **Package**<br>– With one pickup request, UPS will pick up all of your packages – Air, International and Ground Services.<br>– Schedule a same-day or future-day pickup.<br>– UPS On-Call Pickup gives you the convenience of having your shipment picked up at your home or office by scheduling a pickup via ups.com® or by calling 1-800-PICK-UPS®.<br>– At ups.com, send an e-mail confirmation of your pickup request to multiple addresses, modify your pickup request, or cancel the request.<br>– Fees are applied per pickup request regardless of the number of packages being picked up. | – Same-Day Pickup: $6.50<br>– Future-Day Pickup: $5.50<br>– Residential and area surcharges may apply |
| Verbal Confirmation of Delivery | **Package**<br>– To confirm delivery of your shipment, a UPS representative will call the preferred contact telephone number listed on your UPS Next Day Air® Early A.M.® package. | $3.00 |

*For UPS My Choice options Deliver to a UPS Retail Location and Deliver to Another Address, transportation charges may apply for packages delivered beyond Zone 2 from the original delivery address.

**UPS SurePost is a contract only, non-guaranteed economy residential service with final delivery typically provided by the U.S. Postal Service.

**Notes:**
– Fuel surcharges apply to value-added services and other charges associated with pickup, transport and delivery. For current fuel surcharges, where applicable, visit ups.com for package, ups-scs.com/surcharges for Air Freight and ltl.upsfreight.com for UPS Freight®.
– Value-added services may vary for UPS Express Critical®. Visit upsexpresscritical.com for more information.

## Domestic
# Value-Added Services
### UPS RETURNS®

The following value-added services are available for all UPS domestic package services unless otherwise indicated.

| Available Options | Description | Fee |
|---|---|---|
| **STANDARD RETURNS SOLUTIONS** | | |
| Authorized Return Service | UPS provides you with preprinted return labels.<br>– UPS will preprint the return label according to your specification.<br>– You have the option of including a return label with the outbound shipment or distributing the label separately. | Contractual service |
| Print Return Label | – You generate the label and include it in an outbound shipment or distribute separately to your customer, who then applies the label to the package. | $0.50 per label |
| Electronic Return Label | – UPS e-mails the label upon your request to your customer, who then prints the label and applies it to the package. | $1.00 per label |
| Print and Mail Return Label | – UPS prints the label upon your request and mails it to your customer, who then applies the label to the package. | $2.25 per label |
| **PREMIUM RETURNS SOLUTIONS** | | |
| UPS Returns® Exchange | – UPS delivers a replacement item and picks up a like item for return during the same visit.<br>– The new item is unpacked by the driver and customer; then using the delivery packaging, the old item is repacked for return to the shipper.<br>– Replacement item won't be delivered until consignee has return item ready.<br>– Voice, text and e-mail notifications are available to notify your customer of the upcoming exchange.<br>– The outbound and return package tracking numbers are linked together. | Contractual service<br>$15.00 per exchange |
| 1 UPS Pickup Attempt Label | – UPS delivers a return shipping label to your customer and collects the item for return. If the package cannot be picked up on the first attempt, UPS will leave the return label at the pickup location. | $5.50 per label |
| 3 UPS Pickup Attempts Label | – UPS delivers a return shipping label to your customer and collects the item for return. If the package cannot be picked up on the first attempt, UPS will only make two more pickup attempts over the next two business days. | $7.50 per label |
| UPS Returns® Flexible Access | – A unique label allows consumers to ship a return package at any U.S. Postal Service® (USPS) location in addition to the thousands of UPS locations nationwide.<br>– All packages are returned to the original shipper through UPS Ground. | Contractual service |
| **CUSTOM RETURNS SOLUTIONS** | | |
| Customized Returns | – UPS can customize existing returns capabilities to address a customer's specific returns needs. | Contractual service |
| Returns and The UPS Store® | – The UPS Store provides product return and exchange programs that can be tailored to customers' needs, including leveraging The UPS Store network of 4,300+ locations. | Contractual service |

| GENERAL INFORMATION REGARDING UPS RETURNS SERVICES |
|---|
| – Returns are offered via UPS Next Day Air® Early A.M.®, UPS Next Day Air®, UPS 2nd Day Air®, UPS 3 Day Select® and UPS Ground Service where available.<br>– See the value-added services section for notes about Saturday Delivery and other returns capabilities.<br>– A return shipment does not need to be originally delivered by UPS.<br>– Return packages must be UPS-compatible conforming to UPS packaging guidelines and fall within UPS size and weight limits.<br>– Shipments containing certain items including, but not limited to, Hazardous Materials or Dangerous Goods requiring shipping papers are not allowed in UPS Returns Services.<br>– Transportation charges and fees are billed when the package is delivered; Returns Exchange outbound transportation and accessorial fee is billed at the time of request.<br>– Refer to ups.com/terms for more information about UPS Returns Services. |

# Export and Import
# Value-Added Services

The following value-added services are available for all UPS international package and UPS Worldwide Express Freight™ services unless otherwise noted.

| Available Options | Description | Fee |
|---|---|---|
| Billing Options | – UPS can bill shipping charges to the shipper, the receiver or a third party to and from most countries for no additional charge. Check your UPS shipping system or contact UPS for service availability.<br>– If the duties or the duties and taxes are billed outside the destination country, a Duty and Tax Forwarding Charge will be applied. | $15.00 per shipment for Duty and Tax Forwarding Charge |
| Certificate of Origin | – Can be prepared by UPS on behalf of the shipper for goods manufactured and originating within the U.S. | $10.00 per shipment |
| Currency Conversion | – Charges to a payer's account in a foreign currency will be converted to the payer's currency using a weekly exchange rate secured through major money center banks. | 0.75% of currency amount converted |
| Declared Value for Carriage | – UPS's liability for loss or damage to a shipment is limited to $100.00 without a declaration of value.<br>– The maximum declared value is $50,000.00 per package/$100,000.00 per pallet. UPS's liability for loss or damage can be increased up to $50,000.00 per package or $100,000.00 per pallet by making a declaration of value for an additional charge (subject to terms and conditions).<br><br>– For shipments with a declared value of more than $50,000.00, multiply the total declared value by the rate to determine the declared value charge for the shipment.<br><br>– Declared Value charges for freight collect and third-party shipments may be billed to your shipper account.<br>– Refer to ups.com/terms for more information.<br><br>**Less-Than-Truckload**<br>– UPS's liability for losses is limited to the lesser of: (1) the actual invoice value of the commodities lost, damaged, or destroyed; (2) the amount determined from the applicable limited liability provisions of the National Motor Freight Classification (NMFC); (3) the limits provided by contract, if applicable; or (4) the UPS Freight® 102 Series Tariff.<br>– Shipper may declare a value in excess of these limits, subject to maximum allowable values for an additional charge.<br>– For more information, refer to the UPS Freight 102 Series Tariff at upsfreight.com/tariff Item 166. | – $0.00-$100.00    $0.00<br>– $100.01-$50,000.00 for each $100.00 (or portion of $100.00) of the total value declared    $0.85<br>– Minimum    $2.55<br>– For shipments with a declared value of more than $50,000.00: $0.0085 times the declared value<br><br><br><br>**Less-Than-Truckload**<br>– 3% of the amount of excess liability requested, subject to a minimum charge of $65.00 per shipment; $50.00 per shipment to/from Mexico |
| Electronic Export Information (E.E.I.) | – UPS can file E.E.I. on your behalf when all required data is provided with the proper Power of Attorney.<br>– Providing E.E.I. as part of a shipment using WorldShip®, UPS Internet Shipping or UPS CampusShip® ensures that UPS has all the information to file E.E.I. in a timely manner.<br>– File E.E.I. free of charge at aesdirect.gov, the U.S. Government website designed for U.S. export shippers. | $10.00 per shipment |

Notes:
– Fuel surcharges apply to value-added services and other charges associated with pickup, transport and delivery. For current fuel surcharges, where applicable, visit ups.com® for package and ltl.upsfreight.com for UPS Freight.
– Value-added services may vary for UPS Express Critical®. Visit upsexpresscritical.com for more information.

## Export and Import
# Value-Added Services

The following value-added services are available for all UPS international package and UPS Worldwide Express Freight™ services unless otherwise noted.

| Available Options | Description | Fee |
|---|---|---|
| Non-Resident Importer (NRI) | – Applicable when shipping to Canada.<br>– A Non-Resident Importer is a shipper in the U.S. who acts as the importer of record to the Canadian government.<br>– An NRI Account allows you to pay the duties, taxes and brokerage charges for shipments to Canada, simplifying the experience for your consignee.<br>– Shipper files the Power of Attorney (clearance authorization) with UPS for clearance of goods in Canada and is responsible for the payment of all Canadian duties, taxes and brokerage fees.<br> • UPS will automatically charge all Canadian duties, taxes and brokerage fees to the shipper's NRI brokerage account.<br>– Consignee is not involved in the customs clearance process.<br>– Shipper undertakes all importing responsibilities as required by Canadian law.<br>– Shipper must maintain records on all importation into Canada for a period of time prescribed by the Canadian government (for U.S. NRI account holders, that period is six years).<br>– NRI option can be utilized on air or ground shipments.<br>– Contact your UPS representative if you would like to set up an NRI account. | No charge |
| Saturday Delivery | – Saturday Delivery is available for UPS Worldwide Express Plus®, UPS Worldwide Express® and UPS Worldwide Express Freight.<br>– Each Express Envelope, Pak, package or pallet must bear a Saturday Delivery routing label.<br>– Refer to ups.com® or call 1-800-782-7892 for delivery areas.<br>– Available for UPS Worldwide Express Freight through UPS Internet Shipping, UPS CampusShip® and UPS Developer Kit. | **Package**<br>$15.00 per shipment<br>**UPS Worldwide Express Freight**<br>$200.00 per shipment |
| Scheduled Pickup Options | – UPS offers the greatest number of reliable and convenient pickup options.<br>– UPS uses innovative technology and efficiency to operate an environmentally responsible transportation network.<br>– One UPS driver will pick up all of your packages – Air, International and Ground Services. That can mean a lower carbon footprint for UPS and you.<br>– To adjust your pickup preferences, or for more information, log in at ups.com.<br>– Separate pickup must be scheduled for UPS Worldwide Express Freight via WorldShip®, UPS Internet Shipping, UPS CampusShip®, a UPS Ready® solution, UPS Developer Kit, ups.com or by calling 1-800-782-7892. The fee is included in the rate. No scheduled pickup options are valid for UPS Worldwide Express Freight. | Refer to Scheduled Pickup Options in the domestic section for additional information |
| UPS carbon neutral | – UPS calculates the $CO_2$ emissions associated with the transport of your shipment and purchases carbon offsets to balance out the $CO_2$ impact.<br>– Available to shippers using WorldShip, UPS Internet Shipping, UPS CampusShip, the UPS Developer Kit or an approved UPS Ready solution.<br>– When you select this option through a UPS authorized shipping system, the shipping label will include a carbon neutral indicator. Your recipient will also receive UPS carbon neutral branded correspondence if you select e-mail notifications. | Per package charge:<br>– $0.75: UPS Worldwide Express Plus, UPS Worldwide Express NA1®, UPS Worldwide Express, UPS Worldwide Saver®, UPS Worldwide Expedited®, UPS 3 Day Select® from Canada<br>– $0.10: UPS Standard™<br>Per pallet charge:<br>– $20.00: UPS Worldwide Express Freight |

Notes:
– Fuel surcharges apply to value-added services and other charges associated with pickup, transport and delivery. For current fuel surcharges, where applicable, visit ups.com for package and ltl.upsfreight.com for UPS Freight®.
– Value-added services may vary for UPS Express Critical®. Visit upsexpresscritical.com for more information.

*These options help you take action in reducing the climate impact associated with the transportation of your shipments.*

# Export and Import
# Value-Added Services

The following value-added services are available for all UPS international package and UPS Worldwide Express Freight™ services unless otherwise noted.

| Available Options | Description | Fee |
|---|---|---|
| **UPS Delivery Confirmation, Signature Required and Adult Signature Required (International, including Puerto Rico)** | – UPS Delivery Confirmation is included with Signature Required and Adult Signature Required services. It is not available separately.<br>– Available by using WorldShip®, UPS Internet Shipping, UPS CampusShip®, UPS Mobile™ or a UPS Ready® solution meeting the most current specifications set forth in the *UPS Guide to Labeling*.<br>– Printed delivery confirmations are mailed or can be viewed online.<br>– Refer to ups.com/terms for more information. | Per shipment charge:<br>– Signature Required: $3.75<br>– Adult Signature Required: $4.75 |
| **UPS On-Call Pickup®** | – With one pickup request, UPS will pick up all of your packages – Air, International and Ground Services.<br>– Schedule a same-day or future-day pickup.<br>– UPS On-Call Pickup gives you the convenience of having your shipment picked up at your home or office by scheduling a pickup via ups.com® or by calling 1-800-782-7892.<br>– Fees are applied per pickup request regardless of the number of packages being picked up.<br><br>**UPS Worldwide Express Freight**<br>– Pickup or drop-off must be scheduled for each UPS Worldwide Express Freight shipment via WorldShip, UPS Internet Shipping, UPS CampusShip, a UPS Ready solution, UPS Developer Kit, ups.com or 1-800-782-7892.<br>– UPS Worldwide Express Freight pickup cannot be combined with Air, International or Ground Services package pickup. | Refer to UPS On-Call Pickup in the domestic section for additional information<br><br><br><br>**UPS Worldwide Express Freight**<br>No charge |
| **World Ease®** | – Simplifies customs clearance and reduces cost by grouping several shipments destined for one country or the entire European Union into a single shipment.<br>– Available to and from 75 countries.<br>– Through an automated shipment preparation process, summary documentation is prepared and transmitted with your shipments to UPS, enabling a single customs-clearance procedure covering all shipments in the consolidation.<br>– This guaranteed service is an available feature of UPS Worldwide Express Plus®, UPS Worldwide Express NA1®, UPS Worldwide Express®, UPS Worldwide Saver®, UPS Worldwide Expedited® and UPS Standard™.<br>– Multiple shipments travel together until customs clearance. Transit times may vary from traditional single-shipment transit times.<br>– Call 1-800-782-7892 for more information. | Contractual service |

**Notes:**

– Fuel surcharges apply to value-added services and other charges associated with pickup, transport and delivery. For current fuel surcharges, where applicable, visit ups.com for package and ltl.upsfreight.com for UPS Freight®.

– Value-added services may vary for UPS Express Critical®. Visit upsexpresscritical.com for more information.

## Export and Import
# Value-Added Services
**UPS RETURNS®**

The following value-added services are available for all UPS international package and UPS Worldwide Express Freight™ services unless otherwise indicated.

| Available Options | Description | Fee |
|---|---|---|
| **STANDARD RETURNS SOLUTIONS** | | |
| Print Return Label | – You generate the label and include it in an outbound shipment or distribute separately to your customer, who then applies the label to the package or pallet. | $0.50 per label |
| Electronic Return Label | – UPS e-mails the label upon your request to your customer, who then prints the label and applies it to the package or pallet. | $1.00 per label |
| Print and Mail Return Label | – UPS prints the label upon your request and mails it to your customer, who then applies the label to the package or pallet. | $2.25 per label |
| **PREMIUM RETURNS SOLUTIONS** | | |
| UPS Returns® Exchange* | – UPS delivers a replacement item and picks up a like item for return during the same visit.<br>– The new item is unpacked by the driver and customer; then using the delivery packaging, the old item is repacked for return to the shipper.<br>– Replacement item won't be delivered until consignee has return item ready.<br>– Voice, text and e-mail notifications are available to notify your customer of the upcoming exchange.<br>– The outbound and return package tracking numbers are linked together. | Contractual service $15.00 (or local equivalent) per exchange |
| 1 UPS Pickup Attempt Label | – UPS delivers a return shipping label to your customer and collects the item for return. If the package or pallet cannot be picked up on the first attempt, UPS will leave the return label at the pickup location. | $5.50 per label |
| 3 UPS Pickup Attempts Label* | – UPS delivers a return shipping label to your customer and collects the item for return. If the package cannot be picked up on the first attempt, UPS will only make two more pickup attempts over the next two business days. | $7.50 per label |
| **CUSTOM RETURNS SOLUTIONS** | | |
| Customized Returns | – UPS can customize existing returns capabilities to address a customer's specific returns needs. | Contractual service |
| Returns and The UPS Store® | – The UPS Store provides product return and exchange programs that can be tailored to customers' needs, including leveraging The UPS Store network of 4,300+ locations. | Contractual service |

**GENERAL INFORMATION REGARDING UPS RETURNS SERVICES**

– Offered via UPS Worldwide Express Plus®, UPS Worldwide Express NA1®, UPS Worldwide Express®, UPS Worldwide Express Freight, UPS Worldwide Saver®, UPS Worldwide Expedited® and UPS Standard™.

– Available to shippers using WorldShip® 2008 Version 10.0 or higher*, UPS Internet Shipping, UPS CampusShip®, the UPS Developer Kit or an approved UPS Ready® solution*.

– UPS automated shipping systems will allow you to produce a commercial invoice along with the label for international returns shipments.

– Service facilitates pickup and delivery of shipments in over 145 countries and territories.

– Available services vary by destination country.

– Transportation charges are billed based upon the scheduled delivery date.

– Your customers can give their package to a UPS driver; or drop it off at a UPS Drop Box (the maximum acceptable size is 16" x 13" x 3"; the maximum value is $500.00), or any location that accepts UPS packages for shipment, such as locations of The UPS Store, any UPS Customer Center, UPS Express® locations, UPS Alliance Locations (Office Depot® and Staples®) or any UPS Authorized Shipping Outlet (**Note:** drop-off locations vary by country); or schedule a pickup by calling their local UPS office (see ups.com® for specific telephone numbers). Additional pickup fees apply. UPS Worldwide Express Freight shipments require a pickup or drop-off to be scheduled.

– Packages and pallets must be UPS-compatible. Shipments not originally delivered by UPS must fall within UPS size and weight limits and conform to UPS packaging guidelines.

– The exporter will be responsible for meeting export/import documentation requirements, regardless of who processes a shipment; to facilitate the export process, the exporter may receive an Instruction Sheet with every label delivered to them.

– Shipments containing certain items including, but not limited to, Hazardous Materials or Dangerous Goods requiring shipping papers are not allowed in UPS Returns Services.

– Regulations and requirements for documentation for individual commodities vary from country to country. It is essential to review commodity-specific documentation stipulations for both the country of origin and the country of destination. Depending on the commodity and its use, special licensing and notations for accompanying documentation may be required. See Export and Import rules on ups.com for country-specific rules.

– Shipments that include a package or pallet valued at greater than $1,000.00 (or local equivalent) must include a high value shipment summary obtained by the exporter with the labels, and signed by the driver.

– UPS provides third-country returns (where the international shipment is to be returned to a country other than the exporter's or processing party's country) only as a contractual service.

*Not available for UPS Worldwide Express Freight.

## Export and Import
# Value-Added Services

### UPS IMPORT CONTROL®

The following value-added services are available for all UPS international package and UPS Worldwide Express Freight™ services unless otherwise indicated.

| Available Options | Description | Fee |
|---|---|---|
| Print Label | – You generate the label(s) and distribute to your customer, who then applies the label(s) to the shipment. | $0.50 per label |
| Electronic Label | – UPS e-mails the label(s) upon your request to your customer, who then prints and applies the label(s) to the shipment. | $1.00 per label |
| Print and Mail Label | – UPS prints the label(s) upon your request and mails it to your customer, who then applies the label(s) to the shipment. | $2.25 per label |
| 1 UPS Pickup Attempt Label | – UPS delivers a shipping label to your customer and collects the shipment. If the shipment cannot be picked up on the first attempt, UPS will leave the label at the pickup location. | $5.50 per label |
| 3 UPS Pickup Attempts Label* | – UPS delivers a shipping label to your customer and collects the shipment. If the shipment cannot be picked up on the first attempt, UPS will only make two more pickup attempts over the next two business days. | $7.50 per label |
| Invoice Removal | – UPS removes the commercial invoice prior to delivery, which keeps merchandise values confidential from the final consignee. | $20.00 per shipment |

#### FOR ALL UPS IMPORT CONTROL SERVICES
– UPS Import Control enables importers to initiate UPS shipments from another country and have the shipment delivered to them or to an alternate location.
– This service allows importers to use their shipping system to generate labels and commercial invoices for an import shipment.
– Labels and commercial invoices can be forwarded to a supplier/exporter in another country by e-mail, mail or can be sent with a UPS driver with a pickup dispatch (all options appear above).
– The service includes import document preparation, pickup, customs clearance, visibility and delivery.

#### GENERAL INFORMATION REGARDING UPS IMPORT CONTROL
– Offered via UPS Worldwide Express Plus®, UPS Worldwide Express NA1®, UPS Worldwide Express®, UPS Worldwide Express Freight, UPS Worldwide Saver®, UPS Worldwide Expedited® and UPS Standard™.
– Available to shippers using WorldShip® 2011 or higher*, UPS Internet Shipping, UPS CampusShip®, the UPS Developer Kit or an approved UPS Ready® solution*.
– UPS automated shipping systems will allow you to produce a commercial invoice along with the label for UPS Import Control shipments.
– Service facilitates pickup and delivery of shipments in over 145 countries and territories.
– Available services vary by destination country.
– Transportation charges are billed based upon the scheduled delivery date.
– Your customers can give their package to a UPS driver; or drop it off at a UPS Drop Box (the maximum acceptable size is 16" x 13" x 3"; the maximum value is $500.00), or any location that accepts UPS packages for shipment, such as locations of The UPS Store®, any UPS Customer Center, UPS Express® locations, UPS Alliance Locations (Office Depot® and Staples®) or any UPS Authorized Shipping Outlet (**Note:** drop-off locations vary by country); or schedule a pickup by calling their local UPS office (see ups.com® for specific telephone numbers). Additional pickup fees may apply. UPS Worldwide Express Freight shipments require a pickup or drop-off to be scheduled.
– Packages and pallets must be UPS-compatible. A UPS Import Control package or pallet must fall within UPS size and weight limits and conform to UPS packaging guidelines.
– The exporter will be responsible for meeting export/import documentation requirements, regardless of who processes a shipment; to facilitate the export process, the exporter may receive an Instruction Sheet with every label delivered to them.
– Shipments containing certain items including, but not limited to, Hazardous Materials or Dangerous Goods requiring shipping papers are not allowed in UPS Import Control shipments.
– Regulations and requirements for documentation for individual commodities vary from country to country. It is essential to review commodity-specific documentation stipulations for both the country of origin and the country of destination. Depending on the commodity and its use, special licensing and notations for accompanying documentation may be required. See ups.com/importexport for country-specific rules.
– Shipments that include a package or pallet valued at greater than $1,000.00 (or local equivalent) must include a high value shipment summary obtained by the exporter with the labels, and signed by the driver.

*Not available for UPS Worldwide Express Freight.