UNITED STATES DISTRICT COURT
EASTERN DRISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STEVEN B. SIVAK, et al,**

      Plaintiffs,   No. 13-cv-15263
   Hon. Gerald E. Rosen

vs.

**UNITED PARCEL SERVICE COMPANY**,

      Defendant.
_____/

## JUDGMENT

The Court having this date entered an Opinion and Order granting Defendant's Motion to Dismiss, Plaintiffs' First Amended Complaint in its Entirety or, in the Alternative, for Judgment on the Pleadings and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF DISMISSAL, be and hereby is entered.

Dated:   July 1, 2014   s/Gerald E. Rosen
   Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 1, 2014, by electronic and/or ordinary mail.

   s/Julie Owens
   Case Manager, (313) 234-5135

1